# EXHIBIT A



**TRIPLEH PRODUCE, L.L.C.**
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 07/28/2017 | 160293 |

Pickup : OVX0002557-1

| Bill To | Ship To |
|---|---|
| LON FRESH PRODUCE LLC<br>17655 Cumberland Rd<br><br>Noblesville , IN 46060 | LON FRESH PRODUCE LLC |

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 648.00 | $21.950 | $14,223.60 |
| TOMATE ROMA TRIPLE H XL CARTON 25 LBS | 891.00 | $21.950 | $19,557.45 |
| TOMATE ROMA TRIPLE H L 25 LBS. | 81.00 | $21.950 | $1,777.95 |
| Total: | 1,620.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT  #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| | |
|---|---|
| Total | $35,559.00 |
| Payments / Credits | $0.00 |
| Balance Due | $35,559.00 |

CLAIMS AND RETURNS: Tomattoes All claims are subjectt tto tthe Marcch, 2013 Tomatto Suspension Agreementt(as may be modifted, ((tthe "Suspension Agreementt)". Ift a condition issue is reportted ffor ttomattobuyer mustt provide a ffull accountt oft sale and claimed damages no latter tthan5 days ffrom datte oft shipmentt or the ffull invoiced amountt will be dtlaims ffor productt otther tthan ttomattoAll productt sold Good Delivery FOB unless indicatted ottherwise in tthe invoice aboveAll claims mustt be supportted by a USDA inspection certtfcatte obtained witth24 hours oft arrival Ift a condition issue is reportteduyer mustt provide a ffull accountt oft sale and claimed damages no latter tthan5 days ffrom datte oft shipmenttny adjustmentt mustt be autthorized and accompanied by a wrttten credit memo ffrom Triple H Produce LLC

PACA ttrusttThe perishable agriculttural commodittes listed on tthis invoice are sold subjectt tto tthe stattuttory ttrustt autthorized by secttion 5(c) oft tthe Perishable Agriculttural Commodittes Acto1930, 7 U.S.C. §499e(c). The seller oft tthese commodittes rettains a ttrustt claim over tthese commodittesall inventtories oft ffood or otther products derived ffrom tthese commodittes and any receivable or proceeds ffrom tthe sale off tthese commodittes unttl ffull paymentt is receiveduyer agrees tto pay all costts oft collecttion, including reasonable atttorney's ffees and relatted costts in tthe eventt tthatt collecttion becomes necessary tto recover any portton off tthis invoice amounttAll invoices will accrue intterestt at18% per annum affter 10 days affter acceptt ance  The intterestt and atttorney's ffees shall be considered additonal sums owed in connecttion witth tthis transacttion

Canadian Sales:  Ift you are a Canadian buyer oft tthis product you are nottfted tthatt any ttomattoes sold are subjectt tto tthe Suspension Agreementt and itts requirementts ffor documenttng sales tto Canadhe eventt tthatt tthe ttomattoes are sold intto Canada, tthey mustt be sold in accordance witth tthe Suspension Agreementt tto a PACA licensee att prices tthatt are att or above tthe refference price as esttablished in Appendix "E" tto tthe Suspension Agreementt



SHIPPING MANIFEST
# TRIPLE H PRODUCE LLC

| BILL OF LADING NO. |
|---|
| OVX0002557-1 |

PO:

SOLD TO:
LON FRESH PRODUCE

DATE SHIPPED: 07/28/2017
SALES TERMS: F.O.B. (Free On Board)
TRUCK BROKER:

SHIP TO:
LON FRESH PRODUCE
17655 CUMBERLAND RD NOBLESVILLE, 46060

TRUCK LICENSE NUMBER:
DRIVER NAME: FABIAN HERNANDEZ
DRIVER LICENSE: 24717170 TX
TRUCKING COMPANY: SALMOR TRANSPORT
SECURED SEAL: 1736162

| SHIPPED | DESCRIPTION | LABEL |
|---|---|---|
| 81 | ROMA TOMATOES L | TRIPLE H |
| 891 | ROMA TOMATOES XL | TRIPLE H |
| 648 | ROMA TOMATOES XXL | TRIPLE H |
| 1620 | PALLETS OUT 20 | |
| | BOX PICKING 0 | |

DRIVER CELL: 956-900-6042

TRIPLE H PRODUCE LLC, load and handle commodities accord... ...y Chart of
Transport **Produce of Usa** and Storage, and is not responsible for ...endations.

TEMP RECORDER # R559201

| DATE | TIME |
|---|---|
| 7.28.17 | |

SHIPPER
Triple H
SHIPPED TO
Lon Fresh Produce
ORDER #        CONTENTS
OVX000       Roma
2557-1
CARRIER ID
Salmor Transport
SIGNATURE     INST/CHART #
              R559201

DeltaTrak.
P.O. BOX 4115
MODESTO, CA 95352
(925) 249-2250

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department ... ...ect to the Suspension Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into t... ...nce with the terms of the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference P...

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authoriz... ...al Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inv... ...n these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balancest at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

RECEIVED IN GOOD CONDITION BY:

FABIAN HERNANDEZ

MAINTAIN TEMP BY: CALL BROKER

SHIPP OUT AT: 5:13 PM



**TRIPLEH PRODUCE, L.L.C.**
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

http://www.tripleh.com.mx

| Phone # | Fax # |
|---|---|
| Ca.(956) 782-5128 | Ca. |
| Tx.(956 ) 782-6868 | Tx.(323) 297-4303 |

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/08/2017 | 160425 |

Pickup : OVX0002653-1

| Bill To | Ship To |
|---|---|
| LON FRESH PRODUCE LLC<br>17655 Cumberland Rd<br><br>Noblesville , IN 46060 | LON FRESH PRODUCE LLC |

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| LIMON PERSA ADY LIMES 230 CARTON 40 LBS | 240.00 | $9.000 | $2,160.00 |
| LIMON PERSA ADY LIMES 200 CARTON 40 LBS | 120.00 | $9.000 | $1,080.00 |
| LIMON PERSA ADY LIMES 175 CARTON 40 LBS | 120.00 | $9.000 | $1,080.00 |
| LIMON PERSA ADY LIMES 150 CARTON 40 LBS | 60.00 | $8.000 | $480.00 |
| LIMON PERSA ADY LIMES 110 CARTON 40 LBS | 60.00 | $8.000 | $480.00 |
| Total: | 600.00 | | |

BOL :



CLAIMS AND RETURNS: Tomattoes All claims are subjectt tto the March 2013 Tomatto Suspension Agreementtas may be modified, (tthe "Suspension Agreementt". Ift a condition issue is reportted ffor ttomattosbuyer mustt provide a ffull accountt oft sale and claimed damages no latter tthan 15 days ffrom datte oft shipmentt or tthe ffull invoiced amountt will be claims ffor productt otther tthan ttomattoAll productt sold Good Delivery FOB unless indicatted otttherwise in tthe invoice aboveAll claims mustt be supportted by a USDA inspection certtifficatte obttained witthin 24 hours oft arrival Ift a condition issue is reportted,buyer mustt provide a ffull accountt oft sale and claimed damages no latter tthan 15 days ffrom datte oft shipmentAny adjustmentt mustt be authorized and accompanied by a writtten credit memo ffrom Triple H Produce LLC

PACA ttrusttThe perishable agricultural commodities listted on tthis invoice are sold subjectt tto tthe sttattuttory ttrustt authorized by section 5(c) oft tthe Perishable Agricultural Commoditties Act 1930, 7 U.S.C. §499e(c). The seller oft tthese commodities rettains a ttrustt claim over tthese commoditiesall inventtories oft ffood or otther productts derived ffrom tthese commoditties and any receivable or proceeds ffrom tthe sale oft tthese commoditties unttil ffull paymentt is receivedbuyer agrees tto pay all costts oft collecttion, including reasonable atttorney's ffees and relatted costts in tthe eventt tthatt collecttion becomes necessary tto recover any portton oft tthis invoice amounttAll invoices will accrue intterestt att 1% per annum aftter 10 days aftter acceptance The intterestt and atttorney's ffees shall be considered additttonal sums owed in connecttion witth tthis transacttion

Canadian Sales: Ift you are a Canadian buyer oft tthis productt you are nottffied tthatt any ttomattoes sold are subjectt tto tthe Suspension Agreementt and itts requirementts ffor documentting sales tto CanadaIf tthe eventt tthatt tthe ttomattoes are sold intto Canada, tthey mustt be sold in accordance witth tthe Suspension Agreementt tto a PACA licensee att prices tthatt are att or above tthe refference price as esttablished in Appendix "E" tto tthe Suspension Agreementt

Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $5,280.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $5,280.00 |



INVERAFRUIT
UY NL MX USA

Sales: (956) 249-3046 ◆ (956) 867-7476
gabriela@inverafruit.us ◆ alejandro@inverafruit.us
5001 W. Military Hwy. Ste 100, Sharyland Business Park
McAllen, Texas 78503

**BILL OF LADING**

№ 1665

Original Non-Negotiable

RECEIVED from the shipper named herein, the perishable property described below, in good order and condition, except as noted below marked, consigned and destined as indicated below, pursuant to an agreement arranged by the truck broker, name herein, if any), whereby the motor carrier show below in consideration of the transportation charges to be paid, agree to carry and delivery said property to the consignee, subject only to the terms and conditions of this contract printed on written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

(NAME)                                                    DATE 8/08/17        BL

| TO: (name and address of consignee) | Inverafruit P.O.# | Customer P.O.# |
|---|---|---|
| TRIPLE H | 3544 | |
| | Thru: | Terms: |

Motor Carrier Arranged for by ... CONSIGNEE ☐        SHIPPER ☐

| No. Packages | Description Of Articles And Special Marks | Charges To Be Paid By | Shipper ☐ Receiver ☐ |
|---|---|---|---|

240 Bxs 1ra Lime 230

120 Bxs 1ra Lime 200

120 Bxs 1ra Lime 175

60 Bxs 1ra Lime 150

60 Bxs 1ra Lime 110

Subject to section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor

ALL SALES ARE FINAL
Protect from Freezing at ____
Fahrenheit Degrees
This shipment is freight collect (unless otherwise specified )
Payment Conditions: 15 Days Oned.
All Claims or Allowances must be substantiated by:
1.- An Unrestricted Federal State Inspection Certificate or Third Party Inspection (if justified) by size and grower number within 24 (twenty for) hours upon arrival.
2.- Temperature Recording device record, if installed

REFRIGERATION INSTRUCTIONS:
(Specify Temperature Range Desired)        LOW        HIGH

| | Date | Time |
|---|---|---|
| ading Started | | |
| ading Complete | | |
| Be Delivered Before | | |

der in Truck ☐ Yes ☐ No        Serial No. ____

emperature When Loaded ☐        Del'd ☐

Shipper: ____

Signature: ____

Carrier Name: Marsal Transport

Signature: Philly

Driver Name: Charles Phillips
Driver License No. 03580092 TX
Phone: 956 250-5063
Signature: Philly

CONSIGNEE'S RECEIPT
Received above perishable property in good order, except as noted.

LICENSE

| | Number | State |
|---|---|---|
| TRUCK | R29-8038 | TX |
| TRAILER | D958-772 | TX |

Date: ____        Signed: ____



**TRIPLEH PRODUCE, L.L.C.**
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

http://www.tripleh.com.mx

| Phone # | Fax # |
|---------|-------|
| Ca.(956 ) 782-5128 | Ca. |
| Tx.(956 ) 782-6868 | Tx.(323) 297-4303 |

# Invoice Factura

| Date Fecha | Invoice # |
|------------|-----------|
| 08/10/2017 | 160378 |

Pickup : OVX0002669-1

| Bill To | Ship To |
|---------|---------|
| LON FRESH PRODUCE LLC<br>17655 Cumberland Rd<br><br>Noblesville , IN 46060 | LON FRESH PRODUCE LLC |

| P.O. No. | Terms | | Account# | FOB |
|----------|-------|---|----------|-----|
| 105282/105282-2 | PACA TERMS | | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| TOMATE ROMA KING PRODUCE XL 25 LBS | 810.00 | $16.950 | $13,729.50 |
| TOMATE ROMA KING PRODUCE XL 25 LBS | 810.00 | $16.950 | $13,729.50 |
| | Total: **1,620.00** | | |

BOL :



Please send your check
by



Using our ACCOUNT  #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $27,459.00 |
|-------|------------|
| Payments / Credits | $0.00 |
| Balance Due | $27,459.00 |

CLAIMS AND RETURNS: Tomatoes All claims are subject to the March 2013 Tomato Suspension Agreement as may be modified, (the "Suspension Agreement". If a condition issue is reported for tomat buyer must provide a full account of sale and claimed damages no later than 5 days from date of shipment or the full invoiced amount will be claim for product other than tomato All product sold Good Delivery FOB unless indicated otherwise in the invoice above All claims must be supported by a USDA inspection certificate obtained within hours of arrival. If a condition issue is reported buyer must provide a full account of sale and claimed damages no later than days from date of shipment any adjustment must be authorized and accompanied by a written credit memo from Triple H Produce LLC

PACA trust The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930, 7 U.S.C. §499e(c).  The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received buyer agrees to pay all costs of collection, including reasonable attorney's fees and related costs in the event that collection becomes necessary to recover any portion of this invoice amount All invoices will accrue interest at 18% per annum after 10 days after acceptance  The interest and attorney's fees shall be considered additional sums owed in connection with this transaction

Canadian Sales:  If you are a Canadian buyer of this product you are notified that any tomatoes sold are subject to the Suspension Agreement and its requirements for documenting sales to Canada the event that the tomatoes are sold into Canada, they must be sold in accordance with the Suspension Agreement to a PACA licensee and at prices that are at or above the reference price as established in Appendix "E" to the Suspension Agreement



### SHIPPING MANIFEST
# TRIPLE H PRODUCE LLC
PO:

SOLD TO:

LON FRESH PRODUCE

SHIP TO:

LON FRESH PRODUCE
17655 CUMBERLAND RD NOBLESVILLE, 46060

| | |
|---|---|
| DATE SHIPPED: | 08/10/2017 |
| SALES TERMS: | F.O.B. (Free On Board) |
| TRUCK BROKER: | |
| TRUCK LICENSE NUMBER: | R298586 TX |
| DRIVER NAME: | JULIO SANCHEZ |
| DRIVER LICENSE: | JAL0005733 MX |
| TRUCKING COMPANY: | MARSAL |
| SECURED SEAL: | 1736140 |

| SHIPPED | DESCRIPTION | LABEL |
|---|---|---|
| 1620 | ROMA TOMATOES XL | KINGPRODUCE |

| 1620 | PALLETS OUT | 20 |
|---|---|---|
| | BOX PICKING | 0 |

DRIVER CELL: 910-379-1024

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

TEMP RECORDER # R675344

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

RECEIVED IN GOOD CONDITION BY:

JULIO SANCHEZ

MAINTAIN TEMP BY: CALL BROKER

SHIPP OUT AT: 6:01 PM

DeltaTrek.
PO BOX 4115
MODESTO CA 95
(925) 249-2250

SIGNATURE _____
INST/CHART # _____
R675344

CARRIER ID: MARSAL
ORDER #: TRIPLE H
SHIPPED TO: LON FRESH
CONTENTS: _____
DATE: _____
TIME: _____



## TRIPLEH PRODUCE, L.L.C.
## 9901 S Keystone Dr
## Pharr,Tx. 78577

# Invoice Factura

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

| Date Fecha | Invoice # |
|---|---|
| 08/10/2017 | 160379 |

Pickup : OVX0002673-1

| Bill To | Ship To |
|---|---|
| LON FRESH PRODUCE LLC<br>17655 Cumberland Rd<br><br>Noblesville , IN 46060 | LON FRESH PRODUCE LLC |

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| 103147 | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA CEDRAL XXL 25 LBS | 720.00 | $17.000 | $12,240.00 |
| Total: | 720.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT  #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $12,240.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $12,240.00 |

CLAIMS AND RETURNS: Tomattoes All claims are subjectt tto the March 2013 Tomatto Suspension Agreementtas may be modiffed, (tthe "Suspension Agreementt)". Ifft a condition issue is reportted ffor ttomattobuyer mustt provide a ffull accountt oft sale and claimed damages no latter tthan45 days ffrom datte oft shipmentt or tthe ffull invoiced amountt will be claims ffor productt otther tthan ttomattoAll productt sold Good Delivery FOB unless indicatted otherwise in tthe invoice aboveAll claims mustt be supportted by a USDA inspection certtiffcatte obttained witth96 hours oft arrival Ifft a condition issue is reporttedbuyer mustt provide a ffull accountt oft sale and claimed damages no latter tthan5 days ffrom datte oft shipmentAny adjusttmentt mustt be authorized and accompanied by a written credit memo ffrom Triple H Produce LLC
PACA ttrusttThe perishable agriculttural commodities listted on tthis invoice are sold subjectt tto tthe stattuttory ttrustt authorized by sectton 5(c) oft tthe Perishable Agriculttural Commoditties Act1930, 7 U.S.C. §499e(c).  The seller oft tthese commoditties rettains a ttrustt claim over tthese commoditties all inventtories oft ffood or otther products derived ffrom tthese commoditties and any receivable or proceeds ffrom tthe sale oft tthese commoditties untti ffull paymentt is receivedbuyer agrees tto pay all costts oft collectton, including reasonable atttorney's ffees and relatted costts in tthe eventt tthatt collectton becomes necessary tto recover any portton oft tthis invoice amountAll invoices will accrue intteresst att8% per annum after 10 days after acceptance The intteresst and atttorney's ffees shall be considered additonal sums owed in connectton with tthis transactton
Canadian Sales:  Ift you are a Canadian buyer oft tthis product you are nottffed tthatt any ttomattoes sold are subjectt tto tthe Suspension Agreement and itts requirementts ffor documentting sales tto CanadaIn tthe eventt tthatt tthe ttomattoes are sold into Canada, tthey mustt be sold in accordance with tthe Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above tthe refference price as establlished in Appendix "E" tto tthe Suspension Agreementt

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
El Dorado Growers Corp.
802 Trinity St. Suite No.103
Mission, TX 78572
Phone: (956) 580-3200/02 Fax: (956) 580-3203
(956) 5803200

| | |
|---|---|
| Ship: August 09, 2017 | Order #: 103147 |
| Load: | Cust PO: 2660 |
| Out: August 09, 2017 16:33 | Terms: FOB |
| Dlvr By: | Slsprsn: Alberto Pedraza |
| Driver: CHARLES PHILLIPS | Truck Lic: R293038 TX |
| Driver Lic: 03580042 TX | Trailer Lic: 0958772 TX |

**To (Consignee):**
Triple H Produce LLC
PO Box 3123
McAllen TX 78502

**Destination:**  Telephone: (956) 782-5128
Triple H Produce LLC
PO Box 3123
McAllen TX 78502

Page 1 of 1

| Carrier: MARFAL TRANSPORT | Carrier Arranged By: | Temp Degrees F. Low: 47 High: 50 |
|---|---|---|
| | Truck Brkr: | Ship Via: Truck   Loaded At: MISSION TEXAS |
| | | Ship Charges Paid By: |

Reporting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 720 | 720 | Romas 25 Lbs CTN JBO US #1 CEDRAL PRODUCT OF MX | 18000 |
| 720 | 720 | | 18000 |

Inspection:           Recorder No:           Chart No:

Loading Instructions:

Delivery Instructions:

Billing Instructions:

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possesion of the property under this contract; and the execution of this contract by the carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back thereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

| | | |
|---|---|---|
| Shipper: | *Jackie Toro* | Date _____ |
| Carrier: | *Marfal Transport* | Date 8/9/17 |
| | Received above in good shipping condition and verified count. | |
| Consignee: | *(signature)* | Date 8/9/17 |
| | Received above perishable property in good order, except as noted. | |



**TransKool Solutions**

# TransKool Solutions, LLC.
## 802 Trinity Dr
## Mission St, TX 78572
## Ph. 956-432-0000

| Bill of Lading | |
|---|---|

| Ship From | Order Details |
|---|---|
| Name: El Dorado, C/O Colimar Inc<br>Address: 802 Trinity<br>City/State/Zip: Mission, TX  78572 | Bill of Lading Num: **23811**<br>Customer Reference:103147<br>Customer PO:<br>Date: 8/9/2017 4:34:00 PM |

| Ship To | Carrier Information |
|---|---|
| Name: TRIPLE H PRODUCE LLC<br>Address: PO BOX3123<br>Address 2:<br>City/State/Zip: MCALLEN , TX, 78502 | Carrier Name: MARLAL TRANSPORT<br>Trailer: 0958-772 TX<br>Seal Numbers:<br>Temp Recorder #: |

| Special Instructions | Driver Information |
|---|---|
| | Driver's Name: CHARLIE PHILLIPS<br>Driver's License No: 03580042<br>Driver Phone No: 956-250-5063<br><br>Pallet In:      Pallet Out: |

| Customer Order Information | | | |
|---|---|---|---|
| Item ID | Description2 | # of Pkgs | Weight |
| TOM-ROM-CTN-JMB/XXL | Roma Tomatoes Cardboard 25 Lbs. Jumbo | | 720.0000  19267.20 |
| Total | | | 720.0000  19267.20 |

**For Issuer/Carrier Signature**

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e c). The seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

*Jacuie Toro*

Shipper

(RECEIVED THE ABOVE IN GOOD CONDITION)      PRINT NAME      Date

# PICK TICKET

El Dorado Growers Corp.

**Order #:** 103147
**Cust PO:** 2660
**Terms:** FOB
**Status:** Order
**Whse Loc:** MISSION TEXAS

**Carrier:** MARFAL TRANSPORT
**Truck Brkr:**
**Slsprsn:** Alberto Pedraza
**Driver:** CHARLES PHILLIPS

**Truck Lic:** R293038
**Trailer Lic:** 0958772
**Driver Lic:** 03580042
**Ship Via:** Truck

**Order:** August 09, 2017
**Ship:** August 09, 2017
**Load:**
**Dock:**

**Customer:** Triple H Produce LLC
PO Box 3123
McAllen TX 78502

**Destination:** Triple H Produce LLC
PO Box 3123
McAllen TX 78502

| Description | Fill | Order | Ship | UOM |
|---|---|---|---|---|
| Romas CTN 25 XXL US #1 CEDRAL MX | | 720 | | ctn |
| Total: | | 720 | 0 | |

DATE: 8-9-17　　CUSTOMER: El Dorado　　DOOR # 8

TRANSKOOL SOLUTIONS LOADING / UNLOADING PLAN

| # | Label | # | Label | MANIFEST / ORDER # |
|---|-------|---|-------|---------------------|

**TransKool Solutions — MANIFEST / ORDER # 103147**

| Pos | Detail | Pos | Detail |
|-----|--------|-----|--------|
| 1 | 58104 R229 CGHRM/CGH-204-4 Romas | 2 | 58036 R229 CGHRM/CGH-201-4 Romas |
| 3 | | 4 | |
| 5 | 58034 R229 CGHRM/CGH-201-4 Romas | 6 | 58035 R229 CGHRM/CGH-201-4 Romas |
| 7 | | 8 | |
| 9 | 58033 R229 CGHRM/CGH-201-4 Romas | 10 | 58107 R229 CGHRM/CGH-204-4 Romas |
| 11 | 58106 R229 CGHRM/CGH-204-4 Romas | 12 | 58113 R229 CGHRM/CGH-204-4 Romas |
| 13 | | 14 | |
| 15 | 58103 R229 CGHRM/CGH-204-4 Romas | 16 | 58105 R229 CGHRM/CGH-204-4 Romas |
| 17 | | 18 | F |
| 19 | F | 20 | F |
| 21 | F | 22 | F |
| 23 | F | 24 | F |
| 25 | F | 26 | F |

TRANSKOOL RECORDER TYPE AND NUMBER

CUSTOMER RECORDER TYPE AND NUMBER

INSPECTION OF THE TRAILER:
TEMP: 50　CLEAN: ✓　ODOR: _____

TEMPERATURE
N: 48　M: 48　T: 48

### WHSE USE ONLY :

| PRODUCT | CS / PLLTS |
|---------|------------|
| XXL | 720 / 10 |
| | / |
| | / |
| | / |
| | / |
| | / |
| | / |
| **TOTALS** | **720 / 10** |
| **CHEP PALLET COUNT:** | |

| INBOUND SERVICE CHARGES | | OUTBOUND SERVICE CHARGES | |
|--------------------------|--|---------------------------|--|
| RESTACKED | | KRAFT PAPER WRAP | |
| FORCED AIR | | PLASTIC BAG COVER | |
| NEW PALLET | | PEAK FRESH | |
| PALLETS STRAPED | | RESTACKED | |
| LABOR BY MAN HOURS | | PALLETS STRAPED | |

CARRIER NAME: Marsal　　TRAILER PLATES: 0958-772　　DRIVER SIGNATURE: _____

FORKLIFT OPERATOR _____　OFFICE OUT TO WHSE: _____

DRIVER SIGNATURE ACKOWLEDGES THEY WERE PRESENT AND ACCEPT RESPONSIBILTIY FOR CONDITION OF PRODUCT LOADED AS GOOD CONDITION

# OUTBOUND SIGN IN SHEET

## TransKool Solutions

**DOOR** 8

DRIVER'S NAME & CELLPHONE NUMBER: Charlie Phillips 956 250-5403

TRACTOR PLATES & STATE: R29-3038 TX

TRUCK LINE: Mabel Transport

TRAILER PLATES & STATE: R89-0858-7727 TX

DISPATCH OR BROKER NAME & PHONE NUMBER:

DRIVERS LOADING INSTRUCTIONS : LOAD = CHIMNEY BLOCK - SIDEWAYS - STRAIGHT - SINGLE/DOUBLE/SINGLE (CIRCLE ONE)

CHECKED IN BY OFFICE CLERK

### DRIVERS LOADING INSTRUCTION(S) / REQUEST

| | | | LOAD NOSE |
|---|---|---|---|
| PICK UP # 10347 | DESTINATION Noblesville, IN | | LOAD NOSE |
| PICK UP # | DESTINATION | | 2ND |
| PICK UP # | DESTINATION | | 3RD |
| PICK UP # | DESTINATION | | 4TH |
| PICK UP # | DESTINATION | | 5TH |
| PICK UP # | DESTINATION | | 6TH |

OVERTIME APPROVED: CHARGE OR PAID

IS PRODUCT WOIP IF SO WHAT MANIFIES

IS PRODUCT READY TO LOAD?

COMMENTS:

The Driver is responsible for:

1. CASE COUNT ( Driver is allowed in the dock when given a door to load .)
2. INSTRUCTING THE LOADER ON HOW TO LOAD & / OR PLACE PALLETS IN THE TRAILER TO AXLE WEIGHT RESTRICTIONS.
3. HAVING UNIT PRE-COOLED @ PROPER TEMPERATURE, CLEAN TRAILER FREE OF DEBRIS, ODOR, & BLOOD RESIDUE.
4. VERIFY THE TIRES HAVE BEEN CHOKED OR GLAD HAND LOCK APPLIED BEFORE LOADING
5. DRIVERS WILL WAIT IN THEIR TRUCK TO LOAD UNTIL CALLED, HAVE YOUR CELLPHONE ON AND READY FOR US TO CALL YOU.

After the load is completed, the Driver must return to the shipping office to sign bill of lading & receive proper documents.

TRANSKOOL SOLUTIONS DOED NOT ALLOW DROPPED TRAILERS & IS NOT RESPONSIBLE FOR ANY DROPPED TRAILERS.

I acknowledge that the above requirements are my responsibility & TransKool Solutions is not responsible for accidents, lost or stolen items & any of the items out lined above, I further agree that I will be held responsible for the weight redistribution once truck is loaded.

DRIVERS SIGNATURE: X

DATE: 8/9/17

**Texas** COMMERCIAL DRIVER LICENSE

4d CDL 033800?? 9 Class A
4a Iss ??/19/201? 4b Exp ??
3 DOB 12/13/19??
1 PHILLIPS
2 CHARLES JR
8 223 ??? ???
EDINBURG TX 78541-0000
12 Restrictions NONE 9a End NONE
16 Hgt 5'-07" 15 Sex M 18 Eyes BRO
5 DD ???

CHECK IN TIME:
9AUG 3:47

OUT TO WAREHOUSE:
9AUG 3:55P

IN FROM WAREHOUSE:

DRIVER OUT
9AUG 4:36P

9AUG 4:38PM



# TRIPLEH PRODUCE, L.L.C.
## 9901 S Keystone Dr
## Pharr,Tx. 78577

http://www.tripleh.com.mx

| Phone # | Fax # |
|---|---|
| Ca.(956 ) 782-5128 | Ca. |
| Tx.(956 ) 782-6868 | Tx.(323) 297-4303 |

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/15/2017 | 160572 |

Pickup : OVX0002699-1

## Bill To
LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

## Ship To
LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA PERFECT SELECT XL CARTON 25 LBS | 240.00 | $13.950 | $3,348.00 |
| TOMATE ROMA PERFECT SELECT XXL CARTON 25 LBS | 80.00 | $13.950 | $1,116.00 |
| TOMATE ROMA PERFECT SELECT XXL CARTON 25 LBS | 240.00 | $13.950 | $3,348.00 |
| TOMATE ROMA PERFECT SELECT XL CARTON 25 LBS | 80.00 | $13.950 | $1,116.00 |
| TOMATE ROMA TRIPLE H XL CARTON 25 LBS | 81.00 | $13.950 | $1,129.95 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS' | 81.00 | $13.950 | $1,129.95 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 243.00 | $13.950 | $3,389.85 |
| TOMATE ROMA TRIPLE H XL CARTON 25 LBS | 567.00 | $13.950 | $7,909.65 |
| | Total: 1,612.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT  #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $22,487.40 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $22,487.40 |

CLAIMS AND RETURNS: Tomattoes All claims are subjectt to the March 2013 Tomatto Suspension Agreementtas may be modified, (tthe "Suspension Agreementt". Ift a conditton issue is reported ftor ttomattobuyer mustt provide a ftull accountt oft sale and claimed damages no latter tthan65 days ftrom datte oft shipmentt or the ftull invoiced amountt will be claims ftor productt otther than ttomattofull productt sold Good Delivery FOB unless indicatted ottherwise in the invoice aboveAll claims mustt be supportted by a USDA inspection certtiftcatte obtained witth84 hours oft arrival Ift a conditton issue is reportedbuyer mustt provide a ftull accountt oft sale and claimed damages no latter ttha5 days ftrom datte oft shipmentAny adjustmentt mustt be authorized and accompanied by a written creditt memo ftrom Triple H Produce LLC

PACA ttrusttThe perishable agriculttural commodittes listed on this invoice are sold subjectt to the sttattuttory ttrust authorized by sectton 5(c) oft tthe Perishable Agriculttural Commodittes Actt1930, 7 U.S.C. §499e(c). The seller oft these commodittes rettains a ttrust claim over these commodittesall inventtories oft ftood or otther products derived ftrom these commodittes and any receivable or proceeds ftrom the sale oft these commodittes unttil ftull payment is receivedbuyer agrees to pay all costs oft colleciton, including reasonable atttorney's ftees and rellatted costs in the eventt tthatt colleciton becomes necessary tto recover any porton oft tthis invoice amounttAll invoices will accrue intterestt att8% per annum after 10 days after acceptance The intterestt and atttorney's ftees shall be considered addittonal sums owed in conneciton witth tthis transacton

Canadian Sales: Ift you are a Canadian buyer oft tthis productt you are nottifed tthatt any ttomattoes sold are subjectt tto the Suspension Agreementt and itts requirementts ftor documentting sales tto Canadaft the eventt tthatt tthe ttomattoes are sold intto Canada, tthey mustt be sold in accordance witth the Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above tthe refterence price as esttablished in Appendix "E" tto the Suspension Agreementt



SHIPPING MANIFEST
## TRIPLE H PRODUCE LLC

**BILL OF LADING NO.**
OVX0002699-1

PO: N/A

| SOLD TO: | DATE SHIPPED: | 08/15/2017 |
|---|---|---|
| LON FRESH PRODUCE | SALES TERMS: | F.O.B. (Free On Board) |
| | TRUCK BROKER: | |
| SHIP TO: | TRUCK LICENSE NUMBER: | R29-7188 TX |
| LON FRESH PRODUCE | DRIVER NAME: | RAUL BARRON |
| 17655 CUMBERLAND RD NOBLESVILLE, 46060 | DRIVER LICENSE: | JAL0009252 MX |
| | TRUCKING COMPANY: | MARSAL |
| | SECURED SEAL: | NO SEAL |

| SHIPPED | DESCRIPTION | | LABEL |
|---|---|---|---|
| 240 | ROMA TOMATOES XL | | PERFECT SELECT |
| 648 | ROMA TOMATOES XL | | TRIPLE H |
| 400 | ROMA TOMATOES XXL | | PERFECT SELECT |
| 324 | ROMA TOMATOES XXL | | TRIPLE H |
| 1612 | PALLETS OUT 20 | | |
| | BOX PICKING 0 | | |

DRIVER CELL: 331-892-2729

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

TEMP RECORDER # R675357

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balancest at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

| RECEIVED IN GOOD CONDITION BY: | MAINTAIN TEMP BY: | CALL BROKER |
|---|---|---|
| RAUL BARRON | SHIPP OUT AT: | 7:42 PM |



**TRIPLEH PRODUCE, L.L.C.**
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

# Invoice Factura

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

| Date Fecha | Invoice # |
| --- | --- |
| 08/17/2017 | 160426 |

Pickup : OVX0002744-1

## Bill To

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

## Ship To

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
| --- | --- | --- | --- |
| 3575 | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| LIMON PERSA ADY LIMES 230 CARTON 40 LBS | 1,080.00 | $13.500 | $14,580.00 |
| Total: | **1,080.00** | | |

BOL :



We report to D&B...
to better serve the
credit community.

For more information, please visit www.dnb.com/tradeexchange

Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $14,580.00 |
| --- | --- |
| Payments / Credits | $0.00 |
| Balance Due | $14,580.00 |

CLAIMS AND RETURNS: Tomattoes All claims are subjectt to tthe March 2013 Tomatto Suspension Agreement(as may be modifed, (tthe "Suspension Agreement)". Ift a conditton issue is reported ftor ttomatto,buyer mustt provide a full account oft sale and claimed damages no latter tthat 15 days ftrom datte oft shipmentt or tthe ftull invoiced amountt will be claims ftor productt otther tthan ttomatto,All productt sold Good Delivery FOB unless indicatted otthervise in tthe invoice above,All claims mustt be supportted by a USDA inspectton certtifcatte obtained witth 24hours oft arrival Ift a conditton issue is reported,buyer mustt provide a full account oft sale and claimed damages no latter tthat 15days ftrom datte oft shipmentt,Any adjustmentt mustt be autthorized and accompanied by a writtten creditt memo ftrom Triple H Produce LLC

PACA ttrustt:The perishable agriculturral commodities listted on tthis invoice are sold subjectt tto tthe sttattuttory ttrustt autthorized by sectton 5(c) oft tthe Perishable Agriculturral Commoditties Actt 1930, 7 U.S.C. §499e(c). The seller oft tthese commodities rettains a ttrustt claim over tthese commoditties,all inventtories oft ftood or otther products derived ftrom tthese commoditties and any receivable or proceeds ftrom tthe sale oft tthese commodittes unttil ftull paymentt is received,buyer agrees tto pay all costts oft collectton, including reasonable atttorney's ftees and related costts in tthe eventt tthatt collectton becomes necessary tto recover any porttion oft tthis invoice amountt,All invoices will accrue intterestt att8% per annum afterr 10 days afterr acceptance  The intterestt and atttorney's ftees shall be considered addittonal sums owed in connectton witth tthis transacttion

Canadian Sales:  Ift you are a Canadian buyer oft tthis product you are nottfied tthatt any ttomattoes sold are subjectt tto tthe Suspension Agreementt and itts requirementts ftor documentting sales tto Canada,In tthe eventt tthatt tthe tomattoes are sold intto Canada, tthey mustt be sold in accordance witth tthe Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above tthe reference price as esttablished in Appendix "E" tto tthe Suspension Agreementt



INVERAFRUIT
UK NL MX USA

Sales: (956) 249-3046 ♦ (956) 867-7476
gabriela@inverafruit.us ♦ alejandro@inverafruit.us
5001 W. Military Hwy. Ste. 100, Sharyland Business Park
McAllen, Texas 78503

**B**
**LA**
**N⁰**
Original Nor

RECEIVED from the shipper names herein, the perishable property described below , in good order and condition, except as noted below marked, consigned and destined as indicated below, purs (arranged by the truck broker, name herein, if any), whereby the motor carrier show below in consideration of the transportation charges to be paid, agree to carry and deliver said property to the c to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any

(NAME)

DATE 09/15/12   BL

| TO: (name and address of consignee) | Inverafruit P. O. # | Customer P. O. # |
|---|---|---|
| TRIPLE N | 3575 | |
| | Thru: | Terms: |

| | | Motor Carrier Arranged for by CONSIGNEE ☐ |
|---|---|---|

| No. Packages | Description Of Articles And Special Marks | Charges To Be Paid By |
|---|---|---|
| 1080 Bxs lrc Limes 230 | | Subje conditions, be delivere withound consignor, sign the fo |
| | | The car delivery of without paym all other la |
| | | Signature |
| | | ALL SALE Priced from Fres Farenh This shipme (unless oth Payment Cond All Claims o su 1. An Unrest Inspection C Inspection. ( grower numb hours upon 2. Temperat record, if in |

48° P   503227

**REFRIGERATION INSTRUCTIONS:**
(Specify Temperature Range Desired)   LOW   HIGH

| | Date | Time |
|---|---|---|
| Loading Started | | |
| Loading Complete | | |
| To Be Deliverd Before | | |

Shipper:

Signature:

Carrier Name:

Signature:

Driver Name:

Driver License No.:

Recorder In Truck ☐ Yes ☐ No   Serial No.

Pulp Temperature When Loaded [ ]   Del'd [ ]

Phone:



**TRIPLEH PRODUCE, L.L.C.**
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

# Invoice Factura

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

| Date Fecha | Invoice # |
|---|---|
| 08/29/2017 | 160570 |

Pickup : OVX00029O7-1

### Bill To

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

### Ship To

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 891.00 | $11.500 | $10,246.50 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 567.00 | $11.500 | $6,520.50 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 162.00 | $11.500 | $1,863.00 |
| | Total: | **1,620.00** | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

CLAIMS AND RETURNS: Tomattoes All claims are subjectt tto the March 2013 Tomatto Suspension Agreementtas may be modifted, (tthe "Suspension Agreement)". Ift a condition issue is reportted ffor ttomattobuyer mustt provide a ffull accountt oft sale and claimed damages no latter tthat 15 days ffrom datte oft shipment or the ffull invoiced amountt will be claims ffor producttt otther than ttomattoAll producttt sold Good Delivery FOB unless indicattted otthterwise in the invoice aboveAll claims mustt be supportted by a USDA inspection certtificatte obttained witthin 24hours oft arrival Ift a condition issue is reporttedbuyer mustt provide a ffull accountt oft sale and claimed damages no latter tthat15 days ffrom datte oft shipmentAny adjusttmentt mustt be authorized and accompanied by a written creditt memo ffrom Triple H Produce LLC
PACA ttrusttThe perishable agricultturally commodities listed on this invoice are sold subjectt tto the stattuttory ttrust authorized by sectton 5(c) oft the Perishable Agricultural Commoditttes Actt 1930, 7 U.S.C. §499e(c). The seller oft these commoditttes rettains a ttrustt claim over these commoditttesall inventories oft food or other products derived ffrom these commodities and any receivable or proceeds ffrom the sale oft these commoditttes unttil ffull paymentt is receivedbuyer agrees tto pay all costts oft collectton, including reasonable attorney's ffees and relatted costts in the eventt tthatt collectton becomes necessary tto recover any portton oft this invoice amountAll invoices will accrue intterestt at18% per annum after 10 days after acceptance The interestt and attorney's ffees shall be considered addittonal sums owed in connectton with this transactton
Canadian Sales: Ift you are a Canadian buyer oft this productt you are nottified tthatt any ttomattoes sold are subjectt tto the Suspension Agreementt and itts requirements ffor documentting sales tto CanadaIn the eventt tthatt tthe ttomattoes are sold intto Canada, tthey mustt be sold in accordance with the Suspension Agreementt tto a PACA licensee att prices tthatt are att or above tthe refterence price as established in Appendix "E" tto the Suspension Agreementt

| Total | $18,630.00 |
|---|---|
| **Payments / Credits** | $0.00 |
| **Balance Due** | **$18,630.00** |



**SHIPPING MANIFEST**
# TRIPLE H PRODUCE LLC

BILL OF LADING NO.
OVX0002907-1

PO: N/A

SOLD TO:
LON FRESH PRODUCE

SHIP TO:
LON FRESH PRODUCE
17655 CUMBERLAND RD NOBLESVILLE, 46060

| | |
|---|---|
| DATE SHIPPED: | 08/29/2017 |
| SALES TERMS: | F.O.B. (Free On Board) |
| TRUCK BROKER: | |
| TRUCK LICENSE NUMBER: | |
| DRIVER NAME: | HECTOR SERNA |
| DRIVER LICENSE: | 11329885 |
| TRUCKING COMPANY: | MARSAL |
| SECURED SEAL: | 1736722 |

| SHIPPED | DESCRIPTION | LABEL |
|---|---|---|
| 1620 | ROMA TOMATOES XXL | TRIPLE H |

| 1620 | PALLETS OUT | 20 |
| | BOX PICKING | 0 |

DRIVER CELL: 7134596710

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

TEMP RECORDER # R559339

ese tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension ment's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of nsion Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

icultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, roceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently ntainer will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country origin of the atoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to r the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes old pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter ng the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you SDA Inspection Certificate. After payment is due, interest will accrue on unpaid balancest at a rate of 10% per annum until paid. collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including

BY: MAINTAIN TEMP BY: CALL BROKER

SHIPP OUT AT: 7:25 PM





**TRIPLEH PRODUCE, L.L.C.**
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

# Invoice Factura

http://www.tripleh.com.mx

| Phone # | Fax # |
|---|---|
| Ca.(956 ) 782-5128 | Ca. |
| Tx.(956 ) 782-6868 | Tx.(323) 297-4303 |

| Date Fecha | Invoice # |
|---|---|
| 08/29/2017 | 160571 |

Pickup : OVX0002912-1

| Bill To | Ship To |
|---|---|
| LON FRESH PRODUCE LLC<br>17655 Cumberland Rd<br><br>Noblesville , IN 46060 | LON FRESH PRODUCE LLC |

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE BOLA GRECOS 4X5 CARTON 25 LBS | 405.00 | $9.500 | $3,847.50 |
| TOMATE BOLA GRECOS 4X4 CARTON 25 LBS | 81.00 | $9.500 | $769.50 |
| TOMATE BOLA GRECOS 5X5 CARTON 25 LBS | 648.00 | $9.500 | $6,156.00 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 405.00 | $11.500 | $4,657.50 |
| CHILE DE ARBOL GENERICA STD 20 LBS | 40.00 | $30.000 | $1,200.00 |
| Total: | 1,579.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| | |
|---|---|
| Total | $16,630.50 |
| Payments / Credits | $0.00 |
| Balance Due | $16,630.50 |

CLAIMS AND RETURNS: Tomattoes All claims are subjectt to the March 2013 Tomatto Suspension Agreement as may be modifted, (tthe "Suspension Agreement". If a condition issue is reportted for ttomattoes buyer must provide a full acountt oft sale and claimed damages no latter than 5 days ffrom datte oft shipmentt or the full invoiced amountt will be claims ffor productt otther tthan ttomattoes All productt sold Good Delivery FOB unless indicatted otttherwise in the invoice above All claims mustt be supportted by a USDA inspection certtifcatte obttained witth 24 hours oft arrival. Ift a conditttion issue is reportted buyer mustt provide a full acountt oft sale and claimed damages no latter tthan 5 days ffrom datte oft shipment any adjusttmentt mustt be authorized and accompanied by a writtten creditt memo ffrom Triple H Produce LLC

PACA ttrustt The perishable agricultural commoditties listted on this invoice are sold subjectt to the sttattuttory ttrustt authorized by sectton 5(c) oft tthe Perishable Agricultural Commoditttes Actt 1930, 7 U.S.C. §499e(c). The seller oft tthese commoditttes rettains a ttrustt claim over these commoditties all inventtories oft ffood or otther products derived ffrom these commoditties and any receivable or proceeds ffrom the sale oft tthese commoditttes untttil full paymentt is received buyer agrees tto pay all costts oft collecttion, including reasonable attttorney's ffees and related costts in the eventt tthatt collectton becomes necessary tto recover any portton oft this invoice amountt. All invoices will accrue interestt att 18% per annum afftter 10 days aftter acceptance. The intterestt and atttorney's ffees shall be considered addittonal sums owed in connectton witth this ttransactton

Canadian Sales: Ift you are a Canadian buyer oft tthis productt you are nottifed tthatt any ttomattoes sold are subjectt tto the Suspension Agreementt and itts requirementts ffor documenttting sales tto Canada in the eventt tthatt tthe ttomattoes are sold into Canada, tthey mustt be sold in accordance witth the Suspension Agreementt tto a PACA licensee att prices tthatt are att or above tthe reffterence price as establisshed in Appendix "E" tto the Suspension Agreementt



SHIPPING MANIFEST
# TRIPLE H PRODUCE LLC

| BILL OF LADING NO. |
| --- |
| OVX0002912-1 |

PO:  N/A

| | |
| --- | --- |
| SOLD TO: | DATE SHIPPED: 08/29/2017 |
| LON FRESH PRODUCE | SALES TERMS: F.O.B. (Free On Board) |
| | TRUCK BROKER: |
| SHIP TO: | TRUCK LICENSE NUMBER: R29-7188 TX |
| LON FRESH PRODUCE | DRIVER NAME: LUIS EDUARDO |
| 17655 CUMBERLAND RD NOBLESVILLE, 46060 | DRIVER LICENSE: 24451119 TX |
| | TRUCKING COMPANY: MARSAL TRANSPORT |
| | SECURED SEAL: 1736744 |

| SHIPPED | DESC... | LABEL |
| --- | --- | --- |
| 405 | ROMA TOMATOES XXL | TRIPLE H |
| 81 | ROUND TOMATOES 4X4 | GRECOS |
| 405 | ROUND TOMATOES 4X5 | GRECOS |
| 648 | ROUND TOMATOES 5X5 | GRECOS |
| 40 | CHILE DE ARBOL Standard | GENERIC |

| 1579 | PALLETS OUT | 19 |
| --- | --- | --- |
| | BOX PICKING | 40 |

DRIVER CELL: 832-208-0242

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

TEMP RECORDER # R559325

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

RECEIVED IN GOOD CONDITION BY:       MAINTAIN TEMP BY:    CALL BROKER

_X L.E. Mc_
LUIS EDUARDO       SHIPP OUT AT:       7:09 PM



**TRIPLEH PRODUCE, L.L.C.**
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

# Invoice Factura

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

| Date Fecha | Invoice # |
|---|---|
| 08/30/2017 | 160595 |

Pickup : OVX0002916-1

| Bill To | Ship To |
|---|---|
| LON FRESH PRODUCE LLC<br>17655 Cumberland Rd<br><br>Noblesville , IN 46060 | LON FRESH PRODUCE LLC |

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| 3622 | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| LIMON PERSA GABY LIMES 200 CARTON 40 LBS | 360.00 | $16.000 | $5,760.00 |
| LIMON PERSA GABY LIMES 230 CARTON 40 LBS | 720.00 | $13.750 | $9,900.00 |
| | Total: 1,080.00 | | |

BOL :



CLAIMS AND RETURNS: Tomattoes All claims are subjectt tto the March 2013 Tomatto Suspension Agreementjas may be modified, (tthe "Suspension Agreement)". Ift a condition issue is reportted ftor ttomattosbuyer mustt provide a fiull accountt oft sale and claimed damages no latter than15 days ftrom datte oft shipmentt or the fiull invoiced amountt will be claims ftor productt otther tthan ttomattoeAll productt sold Good Delivery FOB unless indicated ottherwise in the invoice above All claims mustt be supportted by a USDA inspecttion certtificattle obtained witthin24hours oft arrival Ift a condittion issue is reportted;buyer mustt provide a fiull accountt oft sale and claimed damages no latter tthan 15days ftrom datte oft shipmenttAny adjustmentt mustt be autthorized and accompanied by a writtten creditt memo ftrom Triple H Produce LLC

PACA ttrusttThe perishable agriculttural commodities listted on tthis invoice are sold subjectt tto the sttatuttory ttrustt autthorized by secttion 5(c) oft the Perishable Agriculttural Commodittes Actt1930, 7 U.S.C. §499e(c). The seller oft these commodities rettains a ttrustt claim over these commodittestall inventtories oft ftood or otther products derived ftrom these commoditties and any receivable or proceeds ftrom the sale oft tthese commoditties unttil fiull paymentt is receivedbuyer agrees tto pay all costts oft collecttion, including reasonable atttorney's ftees and relatted costts in the eventt tthatt collecttion becomes necessary tto recover any portton oft tthis invoice amounttAll invoices will accrue intterestt att1.8% per annum aftter 10 days aftter accepttance The intterestt and atttorney's ftees shall be considered addittonal sums owed in connecttion witth tthis transacttion

Canadian Sales: Ift you are a Canadian buyer oft tthis productt you are nottfied tthatt any ttomattoes sold are subjectt tto the Suspension Agreementt and itts requirementts ftor documentting sales tto Canada In the eventt tthatt tthe ttomattoes are sold intto Canada, tthey mustt be sold in accordance witth tthe Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above tthe reffterence price as esttablished in Appendix "E" tto tthe Suspension Agreementt

Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $15,660.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $15,660.00 |



Sales: (956) 249-3046 ◆ (956) 867-7476
gabriela@inverafruit.us ◆ alejandro@inverafruit.us
5001 W. Military Hwy, Ste. 100, Sharyland Business Park
McAllen, Texas 78503

Ori

EIVED from the shipper names herein, the perishable property described below, in good order and condition, except as noted below marked, consigned and destined as indicate
igned by the truck broker, name herein, if any), whereby the motor carrier show below in consideration of the transportation charges to be paid, agree to carry and delivery said pr
terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

ME)                                                                    DATE 09/15/12

| (name and address of consignee) | Inverafruit P.O. # | Custome |
|---|---|---|
| TRIPLE H | 3575 | |
| | Thru: | Terms: |

Motor Carrier Arranged for by . . . CONSIGNEE ☐

| No. Packages | Description Of Articles And Special Marks |
|---|---|
| 1080 Bas Ire Limes 230 | |

'g' P    50 3277

RIGERATION INSTRUCTIONS:

| (Specify Temperature Range Desired) | LOW | HIGH |
|---|---|---|
| | Date | Time |
| g Started | | |
| g Complete | | |
| Delivered Before | | |

Shipper:

Signature:

Carrier Name:



INVERAFRUIT
UK    NL    MX    USA

Sales: (956) 249-3046 ◆ (956) 867-7476
gabriela@inverafruit.us ◆ alejandro@inverafruit.us
5001 W. Military Hwy., Ste. 100, Sharyland Business Park
McAllen, Texas 78503

**BILL OF LADING**

№ 2188

Original Non-Negotiable

RECEIVED from the shipper names herein, the perishable property described below, in good order and condition, except as noted below marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, name herein, if any,) whereby the motor carrier show below in consideration of the transportation charges to be paid, agree to carry and delivery said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

(NAME) _____ DATE 08/29/22 BL

| TO: (name and address of consignee) | Inverafruit P.O. # | Customer P.O. # |
|---|---|---|
| TRIPLE H | 3822 | |
| | Thru: | Terms: |

Motor Carrier Arranged for by: . CONSIGNEE ☐    SHIPPER ☐

| No,<br>Packages | Description Of Articles And Special Marks | Charges<br>To Be<br>Paid By | Shipper ☐<br>Receiver ☐ |
|---|---|---|---|

720 Bxs lrs Limes 230
360 Bxs lrs Limes 200

Subject to section 7 of conditions, if this shipment is to be delivered to the consignee withbound recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

ALL SALES ARE FINAL
Protect from Freezing at:
Farenheit Degrees:
This shipment is freight collect
(unless otherwise specified.)
Payment Conditions: 15 Days Cr
All Claims or Allowance is must b
substantiated by:
1.- An Unrestricted Federal Sate
Inspection Certificate or Third Pa
Inspection. (If justified) by size a
grower number within 24 (twenty
hours upon arrival.
2.- Temperature Recording devi
record, if installed

98F 503239

| REFRIGERATION INSTRUCTIONS<br>(Specify Temperature Range Desired) | | LOW | HIGH | Shipper: |
|---|---|---|---|---|
| | | Date | Time | |
| Loading Started | | | | Signature: |
| Loading Complete | | | | Carrier Name: |
| To Be Delivered Before | | | | |
| | | | | Signature: _Florie E. Col_ |
| Recorder In Truck ☐ Yes ☐ No | Serial No. ___ | | | Driver Name: |
| | | | | Driver License No.: |
| | | | | Phone: |
| Up Temperature When Loaded ___ | Def'd ___ | | | Signature: |
| | | | | CONSIGNEE'S RECEIPT |
| | | | | Received above perishable property in good order, except as noted: |
| LICENSE | Number | State | | |
| TRUCK | | | | |
| TRAILER | | | | Date: ___ Signed: ___ |