UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TRIPLEH PRODUCE LLC | § | |
| versus | § | CIVIL ACTION No. 7:17-CV-380 |
| LON FRESH LLC, ET AL. | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>First Amended Answer (D.E. #18);</u> however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.3).

5. ☐ Motion does not comply with L.R.7

    a. ☐ No statement of opposition or non-opposition (L.R. 7.1.D(2)).

    b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. **X** Other: Leave of Court to amend document was not requested. (FRCP 15)

The document is stricken from the record.

Date: 11/15/2017

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE