# EXHIBIT A

# Rosa Barrera

| | |
|---|---|
| **From:** | Gilbert, Todd - AMS <todd.gilbert@ams.usda.gov> |
| **Sent:** | Monday, December 04, 2017 10:55 AM |
| **To:** | Maurleen Cobb |
| **Subject:** | RE: Lon Fresh Produce, LLC |

Ms. Cobb,

The only listing that PACA has for Lon Fresh LLC is for McAllen, Texas under license 2016-0538. If Lon Fresh Produce LLC is an operating subject in Indiana, they would need a PACA license.

Todd Gilbert

Mediator/Investigator

PACA Division

From: Maurleen Cobb [mailto:mcobb@stokeslawoffice.com]
Sent: Monday, December 4, 2017 9:08 AM
To: Gilbert, Todd - AMS <todd.gilbert@ams.usda.gov>
Subject: FW: Lon Fresh Produce, LLC

Todd

I am trying to locate the PACA License for Lon Fresh Produce, LLC out of Indiana. There is a Lon Fresh LLC out of McAllen Texas but we are being told the Texas and Indiana Companies are separate entities.

Thank you

Maurleen Cobb

Stokes Law Office LLP

==========================================

Produce Law* Agricultural Law and Trade*

International Sales Contracts and Collections

==========================================

3330 Oakwell Court, Suite 225

San Antonio, Texas 78218

USA

- +1.210.804.0011

- +1.210.822.2595

- mcobb@stokeslawoffice.com

- http://www.stokeslawoffice.com <http://www.stokeslawoffice.com/>

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.