# EXHIBIT B



# TRIPLEH PRODUCE, L.L.C.
## 9901 S Keystone Dr
## Pharr,Tx. 78577

http://www.tripleh.com.mx

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 07/28/2017 | 1 60293 |

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

Pickup : OVX0002557-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 648.00 | $21.950 | $14,223.60 |
| TOMATE ROMA TRIPLE H XL CARTON 25 LBS | 891.00 | $21.950 | $19,557.45 |
| TOMATE ROMA TRIPLE H L 25 LBS. | 81.00 | $21.950 | $1,777.95 |
| | Total: **1,620.00** | | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $35,559.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $35,559.00 |

CLAIMS AND RETURNS: Tomatoes All claims are subject tto the March 2013 Tomatto Suspension Agreementas may be modified, (tthe "Suspension Agreement) If a condition issue is reported ffor tomatt buyer mustt provide a full account oft sale and claimed damages no latter tthan 5 days ffrom datte oft shipmentt or the full invoiced amount will be claims for product otther than ttomatto full product sold Good Delivery FOB unless indicated ottherwise in the invoice above All claims mustt be supported by a USDA inspection certtficate obtained witth hours oft arrival) If a condition issue is reportte buyer mustt provide a full account oft sale and claimed damages no latter tthan days from datte oft shipmen ny adjustment mustt be authorized and accompanied by a written credit memo ffrom Triple H Produce LLC

PACA ttrustt he perishable agricultural commodities listed on tthis invoice are sold subject tto the statttutory ttrustt authorized by section 5(c) oft the Perishable Agriculttural Commodities Act 930, 7 U.S.C. §499e(c). The seller oft these commoditties rettains a ttrustt claim over tthese commoditt all inventtories oft ffood or otther producttis derived ffrom these commoditttes and any receivable or proceeds from the sale oft these commoditties unttl full payment is receiv buyer agrees tto pay all costts oft collectton, including reasonable attorney's ffees and relatted costts in the eventt tthatt collection becomes necessary tto recover any portton oft tthis invoice amountt ll invoices will accrue intterestt att % per annum after 10 days after acceptance The intterestt and attorney's ffees shall be considered addittional sums owed in connectton with tthis transactton

Canadian Sales: Ift you are a Canadian buyer oft tthis product you are nottfied tthatt any ttomattoes sold are subjectt tto the Suspension Agreementt and its requirements ffor documenting sales tto Cana in the eventt tthatt the ttomattoes are sold intto Canada, tthey mustt be sold in accordance witth the Suspension Agreement tto a PACA licensee and att prices tthatt are att or above the refference price as established in Appendix "E" tto the Suspension Agreementt



### SHIPPING MANIFEST
# TRIPLE H PRODUCE LLC

**BILL OF LADING NO.**
OVX0002557-1

PO: _____

**SOLD TO:**
LON FRESH PRODUCE

**SHIP TO:**
LON FRESH PRODUCE
17655 CUMBERLAND RD NOBLESVILLE, 46060

| | |
|---|---|
| DATE SHIPPED: | 07/28/2017 |
| SALES TERMS: | F.O.B. (Free On Board) |
| TRUCK BROKER: | |
| TRUCK LICENSE NUMBER: | |
| DRIVER NAME: | FABIAN HERNANDEZ |
| DRIVER LICENSE: | 24717170 TX |
| TRUCKING COMPANY: | SALMOR TRANSPORT |
| SECURED SEAL: | 1736162 |

| SHIPPED | DESCRIPTION | LABEL |
|---|---|---|
| 81 | ROMA TOMATOES L | TRIPLE H |
| 891 | ROMA TOMATOES XL | TRIPLE H |
| 648 | ROMA TOMATOES XXL | TRIPLE H |

| 1620 | PALLETS OUT | 20 |
|---|---|---|
| | BOX PICKING | 0 |

**DRIVER CELL: 956-900-6042**

TRIPLE H PRODUCE LLC, load and handle commodities accord... y Chart of
Transport **Produce of Usa** and Storage, and is not responsible for ... endations.

**TEMP RECORDER # R559201**

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department ... ect to the Suspension
Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into t... ... nce with the terms of
the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference P...

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authoriz... al Commodities Act,
1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inv... n these commodities,
and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The
requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently
as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country origin of the
articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to
seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes
shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of
Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter
agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you
upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid.
In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including
reasonable attorney's fees incurred.

| DATE | TIME |
|---|---|
| 9.28.17 | |

SHIPPER: TRIPLE H
SHIPPED TO: LON FRESH PRODUCE
ORDER #: OVX000 2557-1
CONTENTS: ROMA
CARRIER ID: SALMOR TRANSPORT
SIGNATURE: ___
INST/CHART #: R559201

PO BOX 4115
MODESTO, CA 95352
DeltaTrak (925) 249-2250

**RECEIVED IN GOOD CONDITION BY:**

_FABIAN HERNANDEZ_

**MAINTAIN TEMP BY:** CALL BROKER

**SHIPP OUT AT:** 5:13 PM



# TRIPLEH PRODUCE, L.L.C.
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

http://www.tripleh.com.mx

## Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/08/2017 | 160425 |

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

Pickup: OVX0002653-1

| Bill To | Ship To |
|---|---|
| LON FRESH PRODUCE LLC<br>17655 Cumberland Rd<br><br>Noblesville, IN 46060 | LON FRESH PRODUCE LLC |

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| LIMON PERSA ADY LIMES 230 CARTON 40 LBS | 240.00 | $9.000 | $2,160.00 |
| LIMON PERSA ADY LIMES 200 CARTON 40 LBS | 120.00 | $9.000 | $1,080.00 |
| LIMON PERSA ADY LIMES 175 CARTON 40 LBS | 120.00 | $9.000 | $1,080.00 |
| LIMON PERSA ADY LIMES 150 CARTON 40 LBS | 60.00 | $8.000 | $480.00 |
| LIMON PERSA ADY LIMES 110 CARTON 40 LBS | 60.00 | $8.000 | $480.00 |
| Total: | 600.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $5,280.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $5,280.00 |

CLAIMS AND RETURNS: Tomattoes All claims are subject tto the March 2013 Tomatto Suspension Agreementas may be modified, (the "Suspension Agreement". If a condition issue is reported ffor tomattobuyer must provide a full accountt oft sale and claimed damages no latter tthan5 days from datte oft shipment or the full invoiced amount will be claims for product otther tthan tomattoeAll productt sold Good Delivery FOB unless indicated ottherwise in the invoice aboveAll claims mustt be supported by a USDA inspection certtficatte obtained witth4hours oft arrival If a condition issue is reporttedbuyer mustt provide a full account oft sale and claimed damages no latter tthisdays from datte oft shipmenany adjusttmentt mustt be authorized and accompanied by a written credit memo ffrom Triple H Produce LLC

PACA ttrusttThe perishable agricultural commodities listed on this invoice are sold subject tto the stattuttory ttrustt authorized by section 5(c) oft the Perishable Agricultural Commodities Act1930, 7 U.S.C. §499e(c). The seller oft these commodities rettains a ttrustt claim over these commoditiesall inventtories oft food or other products derived from these commodittes and any receivable or proceeds from the sale oft these commodities until full payment is receiBuyer agrees to pay all costts oft collection, including reasonable attorney's ffees and rellatted costs in the event tthatt collection becomes necessary to recover any portton oft this invoice amountt All invoices will accrue interestt at18% per annum after 10 days after acceptance The interestt and attorney's ffees shall be considered additional sums owed in connection with this transactton

Canadian Sales: Ift you are a Canadian buyer oft this product you are nottfied that any ttomattoes sold are subjectt tto the Suspension Agreement and itts requirements ffor documentting sales to Canada the event tthatt the ttomattoes are sold into Canada, tthey must be sold in accordance with the Suspension Agreement tto a PACA licensee and att prices tthatt are att or above tthe refference price as established in Appendix "E" tto the Suspension Agreementt



Sales: (956) 249-5049 ✦ (956) 867-7476
gabriela@inverafruit.us ✦ alejandro@inverafruit.us
6001 W. Military Hwy, Ste 100, Sharyland Business Park
McAllen, Texas 78503

# BILL OF LADING

Nᵒ 1665

Original Non-Negotiable

RECEIVED from the consignor named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement, accepted by the said carrier, same being understood, whereby the carrier shall be liable, in consideration of a transportation charges to be paid, agrees to carry and delivery said property to the consignee, subject only this terms and conditions of this contract printed on reverse of this face and back thereof, which are hereby agreed to by the undersigned, the shipper and the truck broker, if any.

| TO (name and address of consignee) | | DATE 8/08/17 | BL |
|---|---|---|---|
| TRIPLE H | Inverafruit P.O # 3544 | | Customer P.O # |
| | Thru | | Terms |

| | Motor Carrier Arranged for by | CONSIGNEE ☐ | | SHIPPER ☐ |
|---|---|---|---|---|
| No Packages | Description Of Articles And Special Marks | | Charges to be paid by | Shipper ☐ Receiver ☐ |

240 Bxs 1ra lime 230

120 Bxs 1ra lime 200

120 Bxs 1ra lime 175

60 Bxs 1ra lime 150

60 Bxs 1ra lime 110

Subject to section 7 of conditions, if this shipment is to be delivered to this consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

ALL SALES ARE FINAL
Protect from Freezing at
Fahrenheit Degrees
This shipment is freight collect (unless otherwise specified.)
Payment Conditions: 15 Days Credit.
All Claims of Allowances must be substantiated by:
1 - An Unrestricted Federal State Inspection Certificate or Third Party Inspection (if satisfied by size and grower number within 24 (twenty four) hours upon arrival.
2 - Temperature Recording device record, if detailed.

**REFRIGERATION INSTRUCTIONS:**
(Specify Temperature Range Desired)

| | LOW | HIGH |
|---|---|---|
| | Date | Time |
| Loading Started | | |
| Loading Complete | | |
| Be Delivered Before | | |

Order in Truck ☐ Yes ☐ No   Serial No.

Temperature When Loaded ☐   Def'd ☐

**LICENSE**

| | Number | State |
|---|---|---|
| TRUCK | R29-8038 | Tx |
| TRAILER | D958-772 | TX |

Shipper

Signature

Carrier Name *Marsal Transport*

Signature *Chules*

Driver Name *Charles Phillips*

Driver License No 03580042 Tx

Phone 956 250-5063

Signature *Phillips*

**CONSIGNEE'S RECEIPT**
Received above perishable property in good order, except as noted

Date   Signed



# TRIPLEH PRODUCE, L.L.C.
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

# Invoice Factura

| Date Fecha | Invoice # |
|------------|-----------|
| 08/10/2017 | 160378 |

Pickup : OVX0002669-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|----------|-------|----------|-----|
| 105282/105282-2 | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| TOMATE ROMA KING PRODUCE XL 25 LBS | 810.00 | $16.950 | $13,729.50 |
| TOMATE ROMA KING PRODUCE XL 25 LBS | 810.00 | $16.950 | $13,729.50 |
| Total: | 1,620.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $27,459.00 |
|-------|-----------|
| Payments / Credits | $0.00 |
| Balance Due | $27,459.00 |

CLAIMS AND RETURNS: Tomattoes All claims are subject tto the March 2013 Tomatto Suspension Agreementas may be modified, (tthe "Suspension Agreement". Ift a condition issue is reported ftor ttomattobuyer mustt provide a ftull accountt oft sale and claimed damages no latter ttha15 days ftrom datte oft shipment or the ftull invoiced amount will be claims ftor productt otther than ttomattoAll productt sold Good Delivery FOB unless indicated otherwise in the invoice aboveAll claims mustt be supportted by a USDA inspection certtficatte obtained witt24hours oft arrival Ift a conditton issue is reportteduyer mustt provide a ftull accountt oft sale and claimed damages no latter tt0days ftrom datte oft shipmentAny adjustment mustt be authorized and accompanied by a writtten creditt memo ftrom Triple H Produce LLC

PACA ttrusttThe perishable agricultural commoditties listted on this invoice are sold subjectt tto the stattuttory ttrustt authorized by section 5(c) oft the Perishable Agricultural Commoditties Act930, 7 U.S.C. §499e(c). The seller oft these commoditties rettains a ttrustt claim over these commodittiesll inventories oft ftood or otther productts derived ftrom these commoditties and any receivable or proceeds ftrom the sale oft these commoditties unttl ftull paymentt is receiveder agrees to pay all costts oft collectton, including reasonable attorney's ftees and related costts in the eventt tthatt collectton becomes necessary tto recover any porttion oft this invoice amountll invoices will accrue interestt att8% per annum after 10 days after acceptance The intterestt and attorney's ftees shall be considered addittonal sums owed in connectton witth this transactton

Canadian Sales: Ift you are a Canadian buyer oft this productt you are nottfied tthatt any ttomattoes sold are subjectt tto the Suspension Agreement and itts requirementts ftor documentting sales tto CanadaIn the eventt tthatt tthe ttomattoes are sold into Canada, tthey mustt be sold in accordance witth the Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above the reference price as establishedin Appendix "E" tto the Suspension Agreementt



## SHIPPING MANIFEST
## TRIPLE H PRODUCE LLC

PO:

**BILL OF LADING NO.**
OVX0002669-1

105282/105282-2

| | |
|---|---|
| **SOLD TO:** | **DATE SHIPPED:** 08/10/2017 |
| LON FRESH PRODUCE | **SALES TERMS:** F.O.B. (Free On Board) |
| | **TRUCK BROKER:** |
| **SHIP TO:** | **TRUCK LICENSE NUMBER:** R298586 TX |
| LON FRESH PRODUCE | **DRIVER NAME:** JULIO SANCHEZ |
| 17655 CUMBERLAND RD NOBLESVILLE, 46060 | **DRIVER LICENSE:** JAL0005733 MX |
| | **TRUCKING COMPANY:** MARSAL |
| | **SECURED SEAL:** 1736140 |

| SHIPPED | DESCRIPTION | LABEL |
|---|---|---|
| 1620 | ROMA TOMATOES XL | KINGPRODUCE |

| | | |
|---|---|---|
| 1620 | PALLETS OUT | 20 |
| | BOX PICKING | 0 |

DRIVER CELL: 910-379-1024

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

## TEMP RECORDER # R675344

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading are sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balancest at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

| | |
|---|---|
| RECEIVED IN GOOD CONDITION BY: | **MAINTAIN TEMP BY:** CALL BROKER |
| JULIO SANCHEZ | **SHIPP OUT AT:** 6:01 PM |



# TRIPLEH PRODUCE, L.L.C.
## 9901 S Keystone Dr
## Pharr,Tx. 78577

# Invoice Factura

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

| Date Fecha | Invoice # |
|---|---|
| 08/10/2017 | 160379 |

Pickup: OVX0002673-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| 103147 | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA CEDRAL XXL 25 LBS | 720.00 | $17.000 | $12,240.00 |
| Total: | 720.00 | | |

BOL :



CLAIMS AND RETURNS: Tomatoes All claims are subject tto the March 2013 Tomatto Suspension Agreementtas may be modified, (tthe "Suspension Agreementt". Ift a condition issue is reportted ftor tomattoesyer must provide a ftull accountt oft sale and claimed damages no latter tthan 15 days ftrom datte oft shipment or tthe ftull invoiced amountt will be claimes ftor product otther tthan ttomattoeAll productt sold Good Delivery FOB unless indicatted ottherwise in tthe invoice aboveAll claims must be supportted by a USDA inspection certtficatte obtained witth 24hours oft arrival Ift a condition issue is reporttedbuyer mustt provide a ftull accountt oft sale and claimed damages no latter tthan 5 days ftrom datte oft shipmentAny adjustmentt mustt be authorized and accompanied by a writtten credit memo ftrom Triple H Produce LLC

PACA ttrusttThe perishable agriculttural commoditties listed on this invoice are sold subjectt tto the sttattuttory ttrustt authorized by section 5(c) oft tthe Perishable Agriculttural Commoditties Actt1930, 7 U.S.C. §499e(c). The seller oft tthese commoditties rettains a ttrustt claim over tthese commoditties all inventtories oft ftood or otther producttis derived ftrom these commoditties and any receivable or proceeds ftrom tthe sale oft tthese commoditties untti ftull paymentt is receivbuyer agrees tto pay all costts oft collecttion, including reasonable atttorney's ftees and rellatted costts in the event tthatt collecttion becomes necessary tto recover any porttion oft tthis invoice amountAll invoices will accrue intterestt att6% per annum aftter 10 days aftter acceptance The intterestt and atttorney's ftees shall be considered additional sums owed in connecttion with this transacttion

Canadian Sales: Ift you are a Canadian buyer oft tthis productt you are nottfied tthatt any ttomattoes sold are subjectt tto tthe Suspension Agreementt and itts requirementts ftor documentting sales tto CanadIn tthe eventt tthatt tthe ttomattoes are sold intto Canada, tthey must be sold in accordance with tthe Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above tthe reference price as esttablished in Appendix "E" tto the Suspension Agreementt

Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $12,240.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $12,240.00 |

**Shipper:**

El Dorado Growers Corp.
802 Trinity St. Suite No.103
Mission, TX 78572
Phone: (956) 580-3200/02 Fax: (956) 580-3203
(956) 5803200

**To (Consignee):**

Triple H Produce LLC
PO Box 3123
McAllen TX 78502

| | | | |
|---|---|---|---|
| Ship: | August 09, 2017 | Order #: | 103147 |
| Load: | | Cust PO: | 2660 |
| Out: | August 09, 2017 16:33 | Terms: | FOB |
| Dlvr By: | | Slsprsn: | Alberto Pedraza |
| Driver: | CHARLES PHILLIPS | Truck Lic: | R293038  TX |
| Driver Lic: | 03580042  TX | Trailer Lic: | 0958772  TX |

Destination:    Telephone:  (956) 782-5128

Triple H Produce LLC
PO Box 3123
McAllen TX 78502

Page 1 of 1

Carrier:   MARFAL TRANSPORT

| | | |
|---|---|---|
| Carrier Arranged By: | Temp Degrees F. | Low: 47    High: 50 |
| Truck Brkr: | Ship Via: Truck | Loaded At: MISSION TEXAS |
| | Ship Charges Paid By: | |

Reporting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 720 | 720 | Romas 25 Lbs CTN JBO US #1 CEDRAL PRODUCT OF MX | 18000 |
| 720 | 720 | | 18000 |

Inspection:

Recorder No:              Chart No:

Loading Instructions:

Delivery Instructions:

Billing Instructions:

Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possesion of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possesion and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the
perishable property described in good order and
condition, except as noted, marked, consigned and
destined as indicated, pursuant to an agreement
arranged by the truck broker, name herein, if
(any), whereby the carrier, in consideration of the
transportation charges to be paid, agrees to carry
and deliver said property to the consignee, subject
only to the terms and conditions of this contract,
which may be printed or written on the face or back
hereof, which are hereby agreed to by the carrier,
shipper, and the truck broker if any.

Shipper:   _Jackie Toro_                Date _____

Carrier:   _Marfal Transport_            Date 8/9/17
Received above in good shipping condition and verified count.

Consignee: _Chris_                       Date 8/9/17
Received above perishable property in good order, except as noted.



TransKool Solutions

# TransKool Solutions, LLC.
## 802 Trinity Dr
## Mission St, TX 78572
## Ph. 956-432-0000

### Bill of Lading

| Ship From | Order Details |
|---|---|
| Name: El Dorado, C/O Colimar Inc<br>Address: 802 Trinity<br>City/State/Zip: Mission, TX 78572 | Bill of Lading Num: 23811<br>Customer Reference:103147<br>Customer PO:<br>Date: 8/9/2017 4:34:00 PM |

| Ship To | Carrier Information |
|---|---|
| Name: TRIPLE H PRODUCE LLC<br>Address: PO BOX3123<br>Address 2:<br>City/State/Zip: MCALLEN , TX, 78502 | Carrier Name: MARLAL TRANSPORT<br>Trailer: 0958-772 TX<br>Seal Numbers:<br>Temp Recorder #: |

| Special Instructions | Driver Information |
|---|---|
| | Driver's Name: CHARLIE PHILLIPS<br>Driver's License No: 03580042<br>Driver Phone No: 956-250-5063<br><br>Pallet In:          Pallet Out: |

### Customer Order Information

| Item ID | Description2 | # of Pkgs | Weight |
|---|---|---|---|
| TOM-ROM-CTN-JMB/XXL | Roma Tomatoes Cardboard 25 Lbs. Jumbo | 720.0000 | 19267.20 |
| Total | | 720.0000 | 19267.20 |

### For Issuer/Carrier Signature

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e c). The seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

_Jackie Topp_

Shipper

(RECEIVED THE ABOVE IN GOOD CONDITION)          PRINT NAME          Date

# PICK TICKET

El Dorado Growers Corp.

**Order #:** 103147
**Cust PO:** 2660
**Terms:** FOB
**Status:** Order
**Whse Loc:** MISSION TEXAS

**Carrier:** MARFAL TRANSPORT
**Truck Brkr:**
**Slsprsn:** Alberto Pedraza
**Driver:** CHARLES PHILLIPS

**Truck Lic:** R293038
**Trailer Lic:** 0958772
**Driver Lic:** 03580042
**Ship Via:** Truck

**Order:** August 09, 2017
**Ship:** August 09, 2017
**Load:**
**Dock:**

**Customer:** Triple H Produce LLC
PO Box 3123
McAllen TX 78502

**Destination:** Triple H Produce LLC
PO Box 3123
McAllen TX 78502

| Description | Fill | Order | Ship | UOM |
|---|---|---|---|---|
| Romas CTN 25 XXL US #1 CEDRAL MX | | 720 | | ctn |
| | Total: | 720 | 0 | |

DATE: 8-9-17  CUSTOMER: El Dorado  DOOR # 8

TRANSKOOL SOLUTIONS LOADING / UNLOADING PLAN

| # | Barcode | # | Barcode |
|---|---------|---|---------|
| 1 | 58104 R229 CGHRM/CGH-204-4 Romas | 2 | 58036 R229 CGHRM/CGH-201-4 Romas |
| 3 | | 4 | |
| 5 | 58034 R229 CGHRM/CGH-201-4 Romas | 6 | 58035 R229 CGHRM/CGH-201-4 Romas |
| 7 | | 8 | |
| 9 | 58033 R229 CGHRM/CGH-201-4 Romas | 10 | 58107 R229 CGHRM/CGH-204-4 Romas |
| 11 | 58106 R229 CGHRM/CGH-204-4 Romas | 12 | 58113 R229 CGHRM/CGH-204-4 Romas |
| 13 | | 14 | |
| 15 | 58103 R229 CGHRM/CGH-204-4 Romas | 16 | 58105 R229 CGHRM/CGH-204-4 Romas |
| 17 | | 18 | |
| 19 | F | 20 | F |
| 21 | F | 22 | F |
| 23 | F | 24 | F |
| 25 | F | 26 | F |

**MANIFEST / ORDER #**

TransKool Solutions

103147

TRANSKOOL RECORDER TYPE AND NUMBER

CUSTOMER RECORDER TYPE AND NUMBER

INSPECTION OF THE TRAILER:

TEMP: 50  CLEAN: ✓  ODOR: ____

TEMPERATURE

N: 58  M: 58  T: 58

### WHSE USE ONLY :

| PRODUCT | CS / PLLTS | |
|---------|-----------|---|
| XXL | 720 | 10 |
| | | / |
| | | / |
| | | / |
| | | / |
| | | / |
| | | / |
| **TOTALS** | 720 | 10 |

CHEP PALLET COUNT:

| INBOUND SERVICE CHARGES | | OUTBOUND SERVICE CHARGES | |
|---|---|---|---|
| RESTACKED | | KRAFT PAPER WRAP | |
| FORCED AIR | | PLASTIC BAG COVER | |
| NEW PALLET | | PEAK FRESH | |
| PALLETS STRAPED | | RESTACKED | |
| LABOR BY MAN HOURS | | PALLETS STRAPED | |

CARRIER NAME: Mardal

TRAILER PLATES: 0958-777

DRIVER SIGNATURE:

FORKLIFT OPERATOR: ____  OFFICE OUT TO WHSE: ____

DRIVER SIGNATURE ACKOWLEDGES THEY WERE PRESENT AND ACCEPT RESPONSIBLTIY FOR CONDITION OF PRODUCT LOADED AS GOOD CONDITION

# TransKool Solutions

**DOOR** 8

**DRIVER'S NAME & CELLPHONE NUMBER:** Charles Phillips 956 850-5003

**TRUCK LINE:**

**TRACTOR PLATES & STATE:** R29-3058 TX

**TRAILER PLATES & STATE:** Markel Transport R8P-0858-7727 TX

**DISPATCH OR BROKER NAME & PHONE NUMBER:**

## DRIVERS LOADING INSTRUCTIONS : LOAD = CHIMNEY BLOCK - SIDEWAYS - STRAIGHT - SINGLE/DOUBLE/SINGLE (CIRCLE ONE)

| DRIVERS LOADING INSTRUCTIONS(S) / REQUEST | | | CHECKED IN BY OFFICE CLERK |
|---|---|---|---|
| PICK UP # 103 147 | DESTINATION Noblesville, IN | LOAD NOSE | |
| PICK UP # | DESTINATION | 2ND | |
| PICK UP # | DESTINATION | 3RD | |
| PICK UP # | DESTINATION | 4TH | |
| PICK UP # | DESTINATION | 5TH | |
| PICK UP # | DESTINATION | 6TH | |

The Driver is responsible for:

1. CASE COUNT ( Driver is allowed in the dock when given a door to load.)
2. INSTRUCTING THE LOADER ON HOW TO LOAD & OR PLACE PALLETS IN THE TRAILER TO AXLE WEIGHT RESTRICTIONS.
3. HAVING UNIT PRE-COOLED @ PROPER TEMPERATURE, CLEAN TRAILER FREE OF DEBRIS, ODOR, & ECOOD RESIDUE.
4. VERIFY THE TIRES HAVE BEEN CHOKED OR GLAD HAND LOCK APPLIED BEFORE LOADING
5. DRIVERS WILL WAIT IN THEIR TRUCK TO LOAD UNTIL CALLED, HAVE YOUR CELLPHONE ON AND READY FOR US TO CALL YOU.

After the load is completed, the Driver must return to the shipping office to sign bill of lading & receive proper documents.
TRANSKOOL SOLUTIONS DOED NOT ALLOW DROPPED TRAILERS & IS NOT RESPONSIBLE FOR ANY DROPPED TRAILERS.
I acknowledge that the above requirements are my responsibility & Transkool Solutions is not responsible for accidents, lost or stolen items & any of the items out lined above, I further agree that I will be held responsible for the weight redistribution once truck is loaded.

**DRIVERS SIGNATURE: X**

**DATE:** 8/9/17

**OVERTIME APPROVED, CHARGE OR PAID**

**IS PRODUCT WO? IF SO WHAT MANIFES**

**IS PRODUCT READY TO LOAD?**

**COMMENTS:**

**CHECK IN TIME** 9AUG 3:47PM

**OUT TO WAREHOUSE** 9AUG 3:50PM

**IN FROM WAREHOUSE** 9AUG 4:35PM

**DRIVER OUT** 9AUG 4:35PM

**Texas** COMMERCIAL DRIVER LICENSE

4d CDL ... 3 Class A
4a Iss ... 4b Exp
DOB
PHILLIPS
CHARLES JR
223 ... JUNIOR
ED... TX 78541-0000
12 Restrictions NONE  9a End NONE
16 Hgt 5'-07"  15 Sex M  18 Eyes BRO
5 DD ...



# TRIPLEH PRODUCE, L.L.C.
## 9901 S Keystone Dr
## Pharr,Tx. 78577

http://www.tripleh.com.mx

**Phone #**
Ca.(956) 782-5128
Tx.(956) 782-6868

**Fax #**
Ca.
Tx.(323) 297-4303

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/15/2017 | 1 60572 |

Pickup : OVX0002699-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA PERFECT SELECT XL CARTON 25 LBS | 240.00 | $13.950 | $3,348.00 |
| TOMATE ROMA PERFECT SELECT XXL CARTON 25 LBS | 80.00 | $13.950 | $1,116.00 |
| TOMATE ROMA PERFECT SELECT XXL CARTON 25 LBS | 240.00 | $13.950 | $3,348.00 |
| TOMATE ROMA PERFECT SELECT XL CARTON 25 LBS | 80.00 | $13.950 | $1,116.00 |
| TOMATE ROMA TRIPLE H XL CARTON 25 LBS | 81.00 | $13.950 | $1,129.95 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS' | 81.00 | $13.950 | $1,129.95 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 243.00 | $13.950 | $3,389.85 |
| TOMATE ROMA TRIPLE H XL CARTON 25 LBS | 567.00 | $13.950 | $7,909.65 |
| | **Total: 1,612.00** | | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $22,487.40 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $22,487.40 |

CLAIMS AND RETURNS: Tomattoes All claims are subjectt tto the March, 2013 Tomatto Suspension Agreementtas may be modified, ((the "Suspension Agreementt"). Ift a condition issue is reported ftor ttomattobuyer mustt provide a full accountt oft sale and claimed damages no latter tthan5 days from datte oft shipment or the full invoiced amountt will be claims for productt other than ttomattoAll productt sold Good Delivery FOB unless indicated ottherwise in the invoice aboveAll claims mustt be supported by a USDA inspection certtiffcatte obtained witth4hours oft arrival Ift a conditton issue is reportebbuyer mustt provide a full accountt oft sale and claimed damages no latter tthan4days from datte oft shipmentany adjustmentt mustt be authorized and accompanied by a written creditt memo from Triple H Produce LLC

PACA ttrusttThe perishable agricultural commoditties listed on this invoice are sold subjectt tto the sttatuttory ttrustt authorized by sectton 5(c) oft tthe Perishable Agricultural Commoditties Act1930, 7 U.S.C. §499e(c). The seller oft tthese commoditties rettains a ttrustt claim over tthese commoditteall inventtories oft ffood or other products derived ffrom tthese commoditties and any receivable or proceeds from the sale oft tthese commoditties unttil full payment is receiveBuyer agrees to pay all costts oft collectton, including reasonable attorney's ffees and relatted costts in the eventt tthatt collectton becomes necessary tto recover any portton oft tthis invoice amountt.All invoices will accrue intterestt att8% per annum after 10 days after acceptance The intterestt and attorney's ffees shall be considered addittonal sums owed in connectton witth this transactton

Canadian Sales: Ift you are a Canadian buyer oft tthis product you are nottfied tthatt any ttomattoes sold are subjectt tto the Suspension Agreementt and its requirements ffor documenting sales tto Canadn the eventt tthatt tomattoes are sold into Canada, tthey mustt be sold in accordance witth the Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above the reference price as established in Appendix "E" tto the Suspension Agreement



**SHIPPING MANIFEST**
# TRIPLE H PRODUCE LLC

PO:     N/A

SOLD TO:
LON FRESH PRODUCE

| | |
|---|---|
| DATE SHIPPED: | 08/15/2017 |
| SALES TERMS: | F.O.B. (Free On Board) |
| TRUCK BROKER: | |

SHIP TO:
LON FRESH PRODUCE
17655 CUMBERLAND RD NOBLESVILLE, 46060

| | |
|---|---|
| TRUCK LICENSE NUMBER: | R29-71 88 TX |
| DRIVER NAME: | RAUL BARRON |
| DRIVER LICENSE: | JAL0009252 MX |
| TRUCKING COMPANY: | MARSAL |
| SECURED SEAL: | NO SEAL |

| SHIPPED | DESCRIPTION | | LABEL |
|---|---|---|---|
| 240 | ROMA TOMATOES XL | | PERFECT SELECT |
| 648 | ROMA TOMATOES XL | | TRIPLE H |
| 400 | ROMA TOMATOES XXL | | PERFECT SELECT |
| 324 | ROMA TOMATOES XXL | | TRIPLE H |
| 1612 | PALLETS OUT | 20 | |
| | BOX PICKING | 0 | |

DRIVER CELL: 331-892-2729

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

TEMP RECORDER # R675357

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balancest at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

RECEIVED IN GOOD CONDITION BY:

RAUL BARRON

MAINTAIN TEMP BY:     CALL BROKER

SHIPP OUT AT:     7:42 PM



# TRIPLEH PRODUCE, L.L.C.
## 9901 S Keystone Dr
## Pharr,Tx. 78577

http://www.tripleh.com.mx

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/17/2017 | 160426 |

Pickup: OVX0002744-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| 3575 | PACA TERMS | | SMART COLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| LIMON PERSA ADY LIMES 230 CARTON 40 LBS | 1,080.00 | $13.500 | $14,580.00 |
| Total: | 1,080.00 | | |

BOL :



CLAIMS AND RETURNS: Tomatoes All claims are subject to the March 2013 Tomato Suspension Agreement as may be modified, (the "Suspension Agreement". If a condition issue is reported for tomato buyer must provide a full account of sale and claimed damages no later than 5 days from date of shipment or the full invoiced amount will be due claims for product other than tomato. All product sold Good Delivery FOB unless indicated otherwise in the invoice above All claims must be supported by a USDA inspection certificate obtained within hours of arrival If a condition issue is reported buyer must provide a full account of sale and claimed damages no later than days from date of shipment Any adjustment must be authorized and accompanied by a written credit memo from Triple H Produce LLC

PACA trust The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930, 7 U.S.C. §499e(c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received Buyer agrees to pay all costs of collection, including reasonable attorney's fees and related costs in the event that collection becomes necessary to recover any portion of this invoice amount All invoices will accrue interest at 18% per annum after 10 days after acceptance The interest and attorney's fees shall be considered additional sums owed in connection with this transaction

Canadian Sales: If you are a Canadian buyer of this product you are notified that any tomatoes sold are subject to the Suspension Agreement and its requirements for documenting sales to Canada In the event that the tomatoes are sold into Canada, they must be sold in accordance with the Suspension Agreement to a PACA licensee and at prices that are at or above the reference price as established in Appendix "E" to the Suspension Agreement

Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $14,580.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $14,580.00 |



INVERAFRUIT
UK NL MX USA

Sales: (956) 249-3046 ◆ (956) 867-7476
gabriela@inverafruit.us ◆ alejandro@inverafruit.us
5001 W. Military Hwy. Ste. 100, Sharyland Business Park
McAllen, Texas 78503

№
Original No...

RECEIVED from the shipper names herein, the perishable property described below, in good order and condition, except as noted below marked, consigned and destined as indicated below, pur... (arranged by the truck broker, name herein, if any), whereby the motor carrier show below in consideration of the transportation charges to be paid, agree to carry and delivery said property to the... to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

(NAME)

DATE 09/15/12 BL...

| TO: (name and address of consignee) | Inverafruit P. O. # | Customer P. O. # |
|---|---|---|
| TRIPLE H | 3575 | |
| | Thru: | Terms: |
| | Motor Carrier Arranged for by: CONSIGNEE ☐ | |

| No. Packages | Description Of Articles And Special Marks | Charges To Be Paid by |
|---|---|---|
| 1080 Bxs hc Limes 230 | | |

48°P     50 8277

REFRIGERATION INSTRUCTIONS
(Specify Temperature Range Desired) LOW HIGH

| | Date | Time |
|---|---|---|
| Loading Started | | |
| Loading Complete | | |
| To Be Delivered Before | | |

Shipper:

Signature:

Carrier Name:

Signature:

Driver Name:

Driver License No.

Phone:

Recorder in Truck ☐ Yes ☐ No     Serial No. _____

Pulp Temperature When Loaded _____ Del'd _____



### TRIPLEH PRODUCE, L.L.C.
### 9901 S Keystone Dr
### Pharr,Tx. 78577

http://www.tripleh.com.mx

| | | |
|---|---|---|
| Phone # | Fax # | |
| Ca.(956) 782-5128 | Ca. | |
| Tx.(956) 782-6868 | Tx.(323) 297-4303 | |

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/29/2017 | 160570 |

Pickup : OVX0002907-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 891.00 | $11.500 | $10,246.50 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 567.00 | $11.500 | $6,520.50 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 162.00 | $11.500 | $1,863.00 |
| | Total: 1,620.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $18,630.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $18,630.00 |

CLAIMS AND RETURNS: Tomattoes All claims are subject to the March 2013 Tomatto Suspension Agreement as may be modified, (the "Suspension Agreement". If a condition issue is reported for ttomatt buyer must provide a full account of sale and claimed damages no latter than 5 days from datte oft shipment or the full invoiced amount will be claims for product other than tomatto all product sold Good Delivery FOB unless indicated otherwise in the invoice above All claims must be supported by a USDA inspection certificatte obtained with 24 hours oft arrival. If a condition issue is reported buyer must provide a full account oft sale and claimed damages no latter than 6 days from datte oft shipment Any adjustment must be authorized and accompanied by a written credit memo from Triple H Produce LLC

PACA ttrust The perishable agricultural commodities listed on this invoice are sold subject tto the statutory ttrust authorized by section 5(c) oft the Perishable Agricultural Commodities Act 1930, 7 U.S.C. §499e(c). The seller oft these commodities retains a ttrust claim over these commodities, all inventories oft food or other products derived from these commodities and any receivable or proceeds from the sale oft these commodities until full payment is received. Buyer agrees to pay all costs oft collection, including reasonable attorney's fees and related costs in the event that collection becomes necessary to recover any portion oft this invoice amount All invoices will accrue interest at 18% per annum after 10 days after acceptance The interest and attorney's fees shall be considered additional sums owed in connection with this transaction

Canadian Sales: If you are a Canadian buyer oft this product you are notifted that any tomattoes sold are subject tto the Suspension Agreement and its requirements for documenting sales to Canada. In the event that the tomattoes are sold into Canada, they must be sold in accordance with the Suspension Agreement tto a PACA licensee and att prices that are att or above the reference price as established in Appendix "E" tto the Suspension Agreement



### SmartCold
*by Triple H*

**SHIPPING MANIFEST**
# TRIPLE H PRODUCE LLC

| BILL OF LADING NO. |
| --- |
| OVXO002907-1 |

PO:     N/A

**SOLD TO:**
LON FRESH PRODUCE

**SHIP TO:**
LON FRESH PRODUCE
17655 CUMBERLAND RD NOBLESVILLE, 46060

| | |
| --- | --- |
| DATE SHIPPED: | 08/29/2017 |
| SALES TERMS: | F.O.B. (Free On Board) |
| TRUCK BROKER: | |
| TRUCK LICENSE NUMBER: | |
| DRIVER NAME: | HECTOR SERNA |
| DRIVER LICENSE: | 11329885 |
| TRUCKING COMPANY: | MARSAL |
| SECURED SEAL: | 1736722 |

| SHIPPED | DESCRIPTION | LABEL |
| --- | --- | --- |
| 1620 | ROMA TOMATOES XXL | TRIPLE H |
| 1620 | PALLETS OUT   20 | |
| | BOX PICKING   0 | |

**DRIVER CELL:** 7134596710

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

**TEMP RECORDER # R559339**

ese tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension
ment's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of
nsion Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

icultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act,
c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities,
roceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. These articles are imported. The
1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently
container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the
tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to
r the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes
old pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of
the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter
ng the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you
SDA Inspection Certificate. After payment is due, interest will accrue on unpaid balancest at a rate of 10% per annum until paid.
o collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including

**BY:**    MAINTAIN TEMP BY:    | CALL BROKER |

**SHIPP OUT AT:**    7:25 PM



# TRIPLEH PRODUCE, L.L.C.
**9901 S Keystone Dr**
**Pharr,Tx. 78577**

http://www.tripleh.com.mx

| Phone # | Fax # |
|---|---|
| Ca.(956) 782-5128 | Ca. |
| Tx.(956) 782-6868 | Tx.(323) 297-4303 |

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/29/2017 | 160571 |

Pickup: OVX0002912-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| NA | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TOMATE BOLA GRECOS 4X5 CARTON 25 LBS | 405.00 | $9.500 | $3,847.50 |
| TOMATE BOLA GRECOS 4X4 CARTON 25 LBS | 81.00 | $9.500 | $769.50 |
| TOMATE BOLA GRECOS 5X5 CARTON 25 LBS | 648.00 | $9.500 | $6,156.00 |
| TOMATE ROMA TRIPLE H XXL CARTON 25 LBS | 405.00 | $11.500 | $4,657.50 |
| CHILE DE ARBOL GENERICA STD 20 LBS | 40.00 | $30.000 | $1,200.00 |
| Total: | 1,579.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $16,630.50 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $16,630.50 |

CLAIMS AND RETURNS: Tomatoes All claims are subject tto the March 2013 Tomatto Suspension Agreementas may be modified, (tthe "Suspension Agreement". Ift a condition issue is reported ffor ttomattobuyer mustt provide a full accountt oft sale and claimed damages no latter tthan5 days from datte oft shipment or the full invoiced amount will be claims for product otther than ttomattoall productt sold Good Delivery FOB unless indicated otherwise in the invoice aboveIt all claims must be supported by a USDA inspection certtificatte obtained witt24hours oft arrival Ift a condition issue is reportebuyer mustt provide a full account oft sale and claimed damages no latter tthan24 days from datte oft shipmentny adjustmentt mustt be authorized and accompanied by a written credit memo from Triple H Produce LLC

PACA trusttThe perishable agricultural commoditties listed on this invoice are sold subject tto the stattutory ttrustt authorized by section 5(c) oft the Perishable Agricultural Commodities Act 1930, 7 U.S.C. §499e(c). The seller oft these commoditties rettains a ttrustt claim over these commodittyall inventories oft ftood or other products derived from these commoditties and any receivable or proceeds from the sale oft these commoditties unttil full payment is receivbuyer agrees to pay all costs oft collecttion, including reasonable attorney's ftees and related costts in the event tthatt collecttion becomes necessary tto recover any porttion oft this invoice amountll invoices will accrue interestt att8% per annum after 10 days after acceptance The intterestt and attorney's ftees shall be considered additional sums owed in connection witth this transacttion

Canadian Sales: Ift you are a Canadian buyer oft tthis product you are nottified tthatt any ttomattoes sold are subject tto the Suspension Agreementt and itts requirementts ffor documenting sales to Canada the eventt tthatt tthe ttomattoes are sold into Canada, tthey mustt be sold in accordance with the Suspension Agreementt tto a PACA licensee and att prices tthatt are att or above tthe reference price as established in Appendix "E" tto the Suspension Agreementt



**SmartCold** by Triple H

SHIPPING MANIFEST
# TRIPLE H PRODUCE LLC

**BILL OF LADING NO.**
OVX0002912-1

PO: N/A

| | |
|---|---|
| **SOLD TO:** | |
| LON FRESH PRODUCE | |

| | |
|---|---|
| **SHIP TO:** | |
| LON FRESH PRODUCE | |
| 17655 CUMBERLAND RD NOBLESVILLE, 46060 | |

| | |
|---|---|
| DATE SHIPPED: | 08/29/2017 |
| SALES TERMS: | F.O.B. (Free On Board) |
| TRUCK BROKER: | |
| TRUCK LICENSE NUMBER: | R29-7188 TX |
| DRIVER NAME: | LUIS EDUARDO |
| DRIVER LICENSE: | 24451119 TX |
| TRUCKING COMPANY: | MARSAL TRANSPORT |
| SECURED SEAL: | 1736744 |

| SHIPPED | DESC | LABEL |
|---|---|---|
| 405 | ROMA TOMATOES XXL | TRIPLE H |
| 81 | ROUND TOMATOES 4X4 | GRECOS |
| 405 | ROUND TOMATOES 4X5 | GRECOS |
| 648 | ROUND TOMATOES 5X5 | GRECOS |
| 40 | CHILE DE ARBOL Standard | GENERIC |

| | | |
|---|---|---|
| 1579 | PALLETS OUT | 19 |
| | BOX PICKING | 40 |

DRIVER CELL: 832-208-0242

TRIPLE H PRODUCE LLC, load and handle commodities according to UC Davis Compatibility Chart of Transport **Produce of Usa** and Storage, and is not responsible for any deviation to those recomendations.

TEMP RECORDER # R559325

These tomatoes are sold by a signatory of the 2013 Tomato Suspension Agreement with the U.S. Department of Commerce to a Canadian entity and are subject to the Suspension Agreement's requirements for documenting sales to Canada. In the event that these tomatoes are resold into the United States, they must be sold in accordance with the terms of the Suspension Agreement to an entity with a PACA License and at prices that are at or above the Reference Price as established in Appendix "E".

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacked. Thsee articles are imported. The requirements of 19 U.S.C. ? 1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 3) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balancest at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

| | | |
|---|---|---|
| RECEIVED IN GOOD CONDITION BY: | MAINTAIN TEMP BY: | CALL BROKER |
| LUIS EDUARDO | SHIPP OUT AT: | 7:09 PM |



# TRIPLEH PRODUCE, L.L.C.
## 9901 S Keystone Dr
## Pharr, Tx. 78577

http://www.tripleh.com.mx

# Invoice Factura

| Date Fecha | Invoice # |
|---|---|
| 08/30/2017 | 160595 |

Phone #
Ca.(956 ) 782-5128
Tx.(956 ) 782-6868

Fax #
Ca.
Tx.(323) 297-4303

Pickup: OVX0002916-1

**Bill To**

LON FRESH PRODUCE LLC
17655 Cumberland Rd

Noblesville , IN 46060

**Ship To**

LON FRESH PRODUCE LLC

| P.O. No. | Terms | Account# | FOB |
|---|---|---|---|
| 3622 | PACA TERMS | | SMARTCOLD |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| LIMON PERSA GABY LIMES 200 CARTON 40 LBS | 360.00 | $16.000 | $5,760.00 |
| LIMON PERSA GABY LIMES 230 CARTON 40 LBS | 720.00 | $13.750 | $9,900.00 |
| Total: | 1,080.00 | | |

BOL :



Please send your check
by



Using our ACCOUNT  #below:
442186243

9901 S KEYSTONE DR
PHARR, TX 78577

| Total | $15,660.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $15,660.00 |

CLAIMS AND RETURNS: Tomatoes All claims are subject to the March 2013 Tomato Suspension Agreement as may be modified, (the "Suspension Agreement". If a condition issue is reported for tomato buyer must provide a full account of sale and claimed damages no later than 5 days from date of shipment or the full invoiced amount will be claims for product other than tomato. All product sold Good Delivery FOB unless indicated otherwise in the invoice above. All claims must be supported by a USDA inspection certificate obtained within 24 hours of arrival. If a condition issue is reported buyer must provide a full account of sale and claimed damages no later than 5 days from date of shipment. Any adjustment must be authorized and accompanied by a written credit memo from Triple H Produce LLC

PACA trust The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930, 7 U.S.C. §499e(c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection, including reasonable attorney's fees and related costs in the event that collection becomes necessary to recover any portion of this invoice amount. All invoices will accrue interest at 18% per annum after 10 days after acceptance. The interest and attorney's fees shall be considered additional sums owed in connection with this transaction

Canadian Sales: If you are a Canadian buyer of this product you are notified that any tomatoes sold are subject to the Suspension Agreement and its requirements for documenting sales to Canada. In the event that the tomatoes are sold into Canada, they must be sold in accordance with the Suspension Agreement to a PACA licensee and at prices that are at or above the reference price as established in Appendix "E" to the Suspension Agreement



Sales: (956) 249-3046 ◇ (956) 667-7476
gabriela@inverafruit.us ◇ alejandro@inverafruit.us
5001 W. Military Hwy, Ste. 100, Sharyland Business Park
McAllen, Texas 78503

Ori

:IVED from the shipper names herein, the perishable property described below, in good order and condition except as noted below marked, consigned and destined as indicate
:ged by the truck broker, name herein, if any, whereby the motor carrier show below in consideration of the transportation charges to be paid, agree to carry and delivery said pr
.terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

ME)

DATE _09/15/12_

| (name and address of consignee) | Invernfruit P.O.# | Custome |
|---|---|---|
| TRIPLE H | 3575 | |
| | Thru: | Terms: |
| | Motor Carrier Arranged for by : CONSIGNEE ☐ | |

| No. Packages | Description Of Articles And Special Marks |
|---|---|
| 1080 Bxs | Ira Limes 230 |

Pr

F

18P  503222

RIGERATION INSTRUCTIONS:

| Specify Temperature Range Desired) | LOW | HIGH | | Shipper: |
|---|---|---|---|---|
| | Date | Time | | |
| g Started | | | | Signature: |
| g Complete | | | | Carrier Name: |
| Deliverd Before | | | | |



**INVERAFRUIT**
UK · NL · MX · USA

Sales: (956) 249-3046 ◆ (956) 867-7476
gabriel3@inverafruit.us ◆ alejandro@inverafruit.us
5001 W. Military Hwy. Ste. #100, Sharyland Business Park
McAllen, Texas 78503

**BILL OF LADING**

№ **2188**

Original Non-Negotiable

RECEIVED from the shipper names herein, the perishable property described below, in good order and condition, except as noted below marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker name herein, if any), whereby the motor carrier show below in consideration of the transportation charges to be paid, agree to carry and delivery said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.
(NAME)

DATE 08/20/15    BL

| TO: (name and address of consignee) | Inverafruit P. O. # | Customer P. O. # |
|---|---|---|
| TRIPLE H | 5822 | |
| | Thru: | Terms: |

Motor Carrier Arranged for by: . . CONSIGNEE ☒    SHIPPER ☐

| No. Packages | Description Of Articles And Special Marks | Charges to be Paid by: Shipper ☒ / Receiver ☐ |
|---|---|---|
| 720 BXS | lrs Limes 230 | |
| 360 BXS | lrs Limes 200 | |

Subject to Section 7, of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor _____

ALL SALES ARE FINAL
Protect from Freezing at:
Farenheit Degrees:
This shipment is freight collect (unless otherwise specified.)
Payment Conditions: 15 Days Cr
All Claims or Allowance must be substituted by:
1- An Unresolved Federal State Inspection Certificate or Third Party Inspection, (if notified) by slice and grower number within 24 (twenty) hours upon arrival.
2- Temperature Recording device record, if installed.

9.8°F   50]239

**REFRIGERATION INSTRUCTIONS:**
(Specify Temperature Range Desired)    LOW    HIGH

| | Date | Time |
|---|---|---|
| Loading Started | | |
| Loading Complete | | |
| To Be Delivered Before | | |

Recorder In Truck ☐ Yes ☐ No    Serial No. _____

Temperature When Loaded [ ]    Def'd [ ]

**LICENSE**

| | Number | State |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

Shipper:

Signature:

Carrier Name:

Signature: _Flora C Col_

Driver Name:
Driver License No.:
Phone:
Signature:

**CONSIGNEE'S RECEIPT**
Received above perishable property, in good order, except as noted:

Date: _____    Signed: _____